IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

United States of America

Plaintiff(s),

vs.

Jonna Elisa Steele

Defendant(s).

Case No.:22-CR-0115-003-CVE

Criminal Information Sheet

Date: 4/25/2022                                                      Interpreter:  Yes ☐   No ☒

Magistrate Judge Little          Deputy Tami Calico                 USPO A. Tyler
Date of Arrest: 4/25/2022        Arrested By: USM                   ☐ Detention Requested by AUSA
Bail Recommendation: $ 10,000.00     ☒ Unsecured

**Additional Conditions of Release:**

☒ a.  ☐ b. _____          ☐ m _____  ☒ n  ☐ o  ☐ p  ☐ q  ☐ r  ☐ s _____
☒ c.  ☒ d.  ☒ e.  ☐ f.  ☒ g.     ☐ t  (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
☐ h.  ☐ i.  ☒ j.            ☐ u  (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6  ☐ 7)
☐ k. (☐ ii, ☐ ii, ☐ iii)    ☐ v  (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
☐ l. _____                ☐ w (☐ 1, ☐ 2)  ☐ x. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel:    ☒ Yes    ☐ No
Defendant's Attorney: Rick White                    ☐ FPD;   ☒ Ct. Appt;   ☐ Ret Counsel
AUSA: Dave Nasar / John Brasher for

**MINUTES:**

Interpreter: _____;   ☐ Sworn

☒ Defendant appears ~~in person~~ for IA on: ☒ Indictment; ☐ Information; ☐ Complaint; ☐ Petition; ☐ Rule 5
by video with: ☐ Ret Counsel; ☐ FPD; ☒ Ct. Appt; ☐ w/o Counsel
☒ Financial Affidavit received and FPD/CJA appointed; ☒ Present ☐ Not Present
Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5 is the true and correct legal name:**

  ☐ Verified in open court
  ☒ Corrected by interlineation to Jonna Elise Steele
    to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
  ☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed:    ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings
☒ Bond set for $10,000.00 _____; Bond and conditions of release executed
☐ Government's Motion for Detention and Detention Hearing filed in open court
☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☒ Scheduling dates to be mailed to counsel
☐ Initial Appearance continued to: _____ at _____ a.m./p.m.
☐ Arraignment scheduled: _____ at _____ a.m./p.m.
☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.
☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.
☐ Defendant remanded to custody of U.S. Marshal:   ☐ Pending further proceeding;   ☐ Pending release on bond for treatment
Mot. for Detention # ___: ☐ Granted; ☐ Denied; ☐ Moot   Mot. for Hearing # ___: ☐ Granted; ☐ Denied; ☐ Moot

**Additional Minutes:** _____