# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,  Plaintiff, | |
| vs. | Case No.: 22-cr-115-CVE |
| Jonna Elise Steele, | **SCHEDULING ORDER** |
| Defendant(s). | |

At the direction of Claire V. Eagan, U.S. District Judge , it is hereby ordered that:

| | | |
|---|---|---|
| Motions due: | 5/17/2022 | |
| Responses due: | 6/1/2022 | |
| PT/CP/Motions Hearing: | 6/9/2022 | at 9:45 a.m. |
| Voir dire, jury instructions, and trial briefs due: | 6/13/2022 | |
| Jury Trial: | 6/21/2022 | at 9:15 a.m. |

Mark C. McCartt,

Clerk of Court, United States District Court

 S/C. Portilloz
By: C. Portilloz, Deputy Clerk