IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No. 22-CR-00115-CVE |
| **DONALD B. PEARSON,** | |
| **Defendant.** | |

**Petition for Writ of Habeas Corpus Ad Prosequendum**

COMES NOW David A. Nasar, Assistant United States Attorney for the Northern District of Oklahoma, and represents to this Honorable Court that there is now pending in this Court a certain case in which the United States of America is plaintiff and in which DONALD B. PEARSON, is defendant, and that the case is set for initial appearance at Tulsa, Oklahoma.

Plaintiff further states that it is necessary to have DONALD B. PEARSON, present at Tulsa, Oklahoma, for initial appearance, forthwith, and for the duration of this case.

That DONALD B. PEARSON, at this time is a prisoner in the David L. Moss Criminal Justice Center, Tulsa, Oklahoma and will not have been released on the date that the initial appearance is scheduled, and that DONALD B. PEARSON, is in the charge, custody, and under the control of the Sheriff of David L. Moss Criminal Justice Center, Tulsa, Oklahoma.

WHEREFORE, plaintiff prays that a Writ of Habeas Corpus Ad Prosequendum be issued by this Honorable Court to the Sheriff of said institution, and that he be directed and required to deliver the body of DONALD B. PEARSON, to the United States Marshal for the Northern District of Oklahoma, or a Deputy Marshal, or to any federal law enforcement agent, and that the Marshal, deputy, or agent shall produce and bring the body of DONALD B. PEARSON, before this Court in Tulsa, Oklahoma, forthwith, and that upon completion of this case, the Marshal, deputy, or agent shall return the body of DONALD B. PEARSON, to the aforesaid David L. Moss Criminal Justice Center, Tulsa, Oklahoma.

    Respectfully submitted,

    CLINTON J. JOHNSON
    United States Attorney

    */s/ David A. Nasar*
    David A. Nasar, NY Reg. No. 4222568
    Assistant United States Attorney
    110 West 7th Street, Suite 300
    Tulsa, Oklahoma 74119
    (918) 382-2700

| | |
|---|---|
| STATE OF OKLAHOMA | ) |
| | ) ss. |
| COUNTY OF TULSA | ) |

David A. Nasar, Assistant United States Attorney for the Northern District of Oklahoma, being first duly sworn, and having read the above and foregoing Petition for Writ of Habeas Corpus Ad Prosequendum, states that the facts contained therein are true and correct to the best of my knowledge and belief.

/s/ David A. Nasar
David A. Nasar
Assistant United States Attorney

Subscribed and sworn to before me this 29th day of April, 2022.

/s/ Maritza Freese
Notary Public

My commission # 19003600 expires:

    4/5/2023

DN/msf