IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD DALE DEETER, JR.,<br><br>Defendant. | Case No. 22-CR-0115-01-CVE |

**ORDER GRANTING WRIT OF HABEAS
CORPUS AD PROSEQUENDUM**

Before the Court is the petition for writ of habeas corpus ad prosequendum (Dkt. #17) filed herein by David A. Nasar, Assistant United States Attorney, whereby it appears that RICHARD DALE DEETER, JR., is defendant in a certain case in this Court, which is assigned for initial appearance, and his presence is required forthwith, and for the duration of this case. It further appearing that RICHARD DALE DEETER, JR., is a prisoner and confined in the Oklahoma State Penitentiary, McAlester, Oklahoma, and is under the control and in the charge and custody of the Warden of said institution, and it appearing that a writ of habeas corpus ad prosequendum ought to issue.

**IT IS THEREFORE ORDERED** that the petition (Dkt. # 17) is **granted**. A writ of habeas corpus ad prosequendum shall issue out of and under the seal of this Court, directed to the Warden of the Oklahoma State Penitentiary, McAlester, Oklahoma, commanding him to deliver the body of RICHARD DALE DEETER, JR., to the United

States Marshal for the Northern District of Oklahoma, or to a Deputy Marshal, or to any federal law enforcement agent, upon delivery to said Warden of said writ, and that the United States Marshal, deputy, or agent shall produce the body of RICHARD DALE DEETER, JR., to the United States District Court forthwith, in a certain case wherein the United States of America is plaintiff and RICHARD DALE DEETER, JR., is defendant, and that upon completion of this case, the United States Marshal, deputy, or agent shall return the body of RICHARD DALE DEETER, JR., to the aforesaid Warden.

**DATED** this 29th day of April, 2022.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE