IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**RICHARD DALE DEETER, JR.,**<br>**OK DOC #671608**<br><br>Defendant. | Case No. 22-CR-0115-01-CVE |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE:

UNITED STATES MARSHAL, TULSA, OKLAHOMA,
SPECIAL AGENT REBECCA LOEB, and
Warden,
Oklahoma State Penitentiary, McAlester, Oklahoma

GREETINGS:

You are hereby commanded to deliver the body of RICHARD DALE DEETER, JR., by you imprisoned and now held in your custody and under your control, to the United States Marshal for the Northern District of Oklahoma, or to a Deputy Marshal, or to any federal law enforcement agent, which the United States Marshal, deputy, or agent shall bring the body of RICHARD DALE DEETER, JR., to the United States District Court for the Northern District of Oklahoma forthwith, in a certain case wherein the United States of America is plaintiff and RICHARD DALE DEETER, JR., is defendant, and upon completion of this case, the United States Marshal, deputy, or agent shall return RICHARD DALE DEETER, JR., to the aforesaid Oklahoma State Penitentiary, McAlester, Oklahoma   and that thereupon the Marshal, deputy, or agent shall then and there make return of his actions and doings on said writ as provided by law.

**DATED** this 29th day of April, 2022.

                                        MARK C. McCARTT, Clerk
                                      United States District Court
                                      Northern District of Oklahoma

                                By: S/C. Portilloz
                                      Deputy