IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 22-CR-0115-02-CVE |
| DONALD B. PEARSON, | |
| Defendant. | |

### ORDER GRANTING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Before the Court is the petition for writ of habeas corpus ad prosequendum (Dkt. # 18) filed herein by David A. Nasar, Assistant United States Attorney, whereby it appears that DONALD B. PEARSON, is defendant in a certain case in this Court, which is assigned for initial appearance, and his presence is required forthwith, and for the duration of this case. It further appearing that DONALD B. PEARSON, is a prisoner and confined in the David L. Moss Criminal Justice Center, Tulsa, Oklahoma, and is under the control and in the charge and custody of the Sheriff of said institution, and it appearing that a writ of habeas corpus ad prosequendum ought to issue.

**IT IS THEREFORE ORDERED** that the petition (Dkt. # 18) is **granted**. A writ of habeas corpus ad prosequendum shall issue out of and under the seal of this Court, directed to the Sheriff of the David L. Moss Criminal Justice Center, Tulsa, Oklahoma, commanding him to deliver the body of DONALD B. PEARSON, to the United States Marshal for the Northern District of Oklahoma, or to a Deputy Marshal, or to any federal law enforcement agent, upon delivery to said Sheriff of said writ, and that the United States Marshal, deputy, or agent shall

produce the body of DONALD B. PEARSON, to the United States District Court forthwith, in a certain case wherein the United States of America is plaintiff and DONALD B. PEARSON, is defendant, and that upon completion of this case, the United States Marshal, deputy, or agent shall return the body of DONALD B. PEARSON, to the aforesaid Sheriff.

**DATED** this 29th day of April, 2022.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE