**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 22-CR-0115-02-CVE** |
| **DONALD B. PEARSON,**<br>**DLM# 1134555** | |
| **Defendant.** | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE:

UNITED STATES MARSHAL, TULSA, OKLAHOMA,
SPECIAL AGENT REBECCA LOEB, and
Sheriff,
David L. Moss Criminal Justice Center, Tulsa, Oklahoma.

GREETINGS:

You are hereby commanded to deliver the body of DONALD B. PEARSON, by you imprisoned and now held in your custody and under your control, to the United States Marshal for the Northern District of Oklahoma, or to a Deputy Marshal, or to any federal law enforcement agent, which the United States Marshal, deputy, or agent shall bring the body of DONALD B. PEARSON to the United States District Court for the Northern District of Oklahoma forthwith, in a certain case wherein the United States of America is plaintiff and DONALD B. PEARSON is defendant, and upon completion of this case, the United States Marshal, deputy, or agent shall return DONALD B. PEARSON to the aforesaid David L. Moss

Criminal Justice Center, Tulsa, Oklahoma,  and that thereupon the Marshal, deputy, or agent

shall then and there make return of his actions and doings on said writ as provided by law.

      **DATED** this 29th day of April, 2022.


                MARK C. McCARTT, Clerk
                United States District Court
                Northern District of Oklahoma


                By:___S/C. Portilloz_____
                    Deputy