# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America<br><br>vs.<br><br>Donald B Pearson | Plaintiff(s),<br><br>Case No.: 22-CR-0115-002-CVE<br><br>Criminal Information Sheet<br><br>Defendant(s). |

Date: 5/5/2022              Interpreter: Yes ☐   No ☒

Magistrate Judge Jayne          Deputy Stephanie Cope          USPO A. Tyler
Date of Arrest: 5/5/2022     Arrested By: USM          ☒ Detention Requested by AUSA
Bail Recommendation: Choose an item.     ☐ Unsecured

**Additional Conditions of Release:**

☐ a. ☐ b. _____    ☐ m _____    ☐ n ☐ o ☐ p ☐ q ☐ r ☐ s _____
☐ c. ☐ d. ☐ e. ☐ f. ☐ g.    ☐ t (☐1, ☐2, ☐3, ☐4, ☐5, ☐6, ☐7)
☐ h. ☐ i. ☐ j.    ☐ u (☐1, ☐2, ☐3, ☐4, ☐5, ☐6, ☐7)
☐ k. (☐ii, ☐ii, ☐iii)    ☐ v (☐1, ☐2, ☐3, ☐4, ☐5, ☐6, ☐7, ☐8, ☐9, ☐10)
☐ l. _____    ☐ w (☐1, ☐2)   ☐ x. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel:   ☒ Yes   ☐ No
Defendant's Attorney: Clint James    ☐ FPD;   ☒ Ct. Appt;   ☐ Ret Counsel
AUSA: Dave Nasar

**MINUTES:**

Interpreter: _____; ☐ Sworn

☒ Defendant appears in person for IA on:   ☒ Indictment;  ☐ Information;  ☐ Complaint;  ☐ Petition;  ☐ Rule 5
                with:  ☐ Ret Counsel;  ☐ FPD;  ☒ Ct. Appt;  ☐ w/o Counsel
☒ Financial Affidavit received and FPD/CJA appointed;   ☒ Present  ☐ Not Present
Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:
    ☒ Verified in open court
    ☐ Corrected by interlineation to _____
       to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
    ☐ Unable to verify in open court:  ☐ U.S. Atty. to verify & advise court;  ☐ Defendant's Attorney to verify & advise court;
Waivers executed and filed:   ☐ of Indictment;  ☐ of Preliminary Exam;  ☒ of Detention Hearing;  ☐ of Rule 5 Hearings
☐ Bond set for _____; Bond and conditions of release executed
☐ Government's Motion for Detention and Detention Hearing filed in open court
☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea;  ☒ Scheduling dates to be mailed to counsel
☐ Initial Appearance continued to: _____ at _____ a.m./p.m.
☐ Arraignment scheduled: _____ at _____ a.m./p.m.
☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.
☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.
☒ Defendant remanded to custody of U.S. Marshal:   ☐ Pending further proceeding;  ☐ Pending release on bond for treatment
Mot. for Detention # 24  ☐ Granted;  ☐ Denied;  ☒ Moot    Mot. for Hearing # 25  ☐ Granted;  ☐ Denied;  ☒ Moot

**Additional Minutes:** _____

Criminal Information Sheet CR-24 (11/2020)