IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**RICHARD DALE DEETER, JR.,**<br>**DONNIE B. PEARSON,**<br>**JONNA ELISE STEELE,**<br>**JOHNNY WESLEY SPARKS,**<br>a/k/a "J5,"<br>**IZABELLA MARIE BOLING,**<br>a/k/a "Turbo,"<br>**NICOLE COX,**<br>a/k/a "Nicole Michelle Jenner,"<br>a/k/a "Nicole Michelle Cox,"<br>a/k/a "Nicole Patterson,"<br><br>　　　　Defendants. | Case No. 22-CR-115-CVE |

**Entry of Appearance**

The United States of America, by Reagan V. Reininger, Assistant United States Attorney for the Northern District of Oklahoma, hereby enters her appearance as counsel to prosecute any forfeiture matters of the case for the United States of America.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ Reagan V. Reininger*
REAGAN V. REININGER, OBA #22326
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma   74119
Telephone:   918.382.2700
Facsimile:   918.560.7939
Email:   reagan.reininger@usdoj.gov

## Certificate of Service

I hereby certify that on May 9, 2022, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

*/s/ Pam Kuch*
PAM KUCH, Paralegal