# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>RICHARD DALE DEETER, JR.,<br>DONALD B. PEARSON,<br>JONNA ELISA STEELE,<br>JOHNNY WESLEY SPARKS, a/k/a "J5,"<br>IZABELLA MARIE BOLING, a/k/a "Turbo,"<br>NICOLE COX, a/k/a "Nicole Michelle Jenner,"<br>a/k/a "Nicole Michelle Cox," a/k/a "Nicole Patterson," | Case No. 22-CR-115-CVE |

## UNOPPOSED MOTION TO DECLARE THIS CASE A COMPLEX MATTER AND EXTEND DEADLINES

Jonna Elisa Steele and Donald B. Pearson, by and through their respective attorneys, Richard D. White, Jr., and Clint James, respectfully file this Unopposed Motion requesting that this Court find that this case is complex under the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(B)(ii). In support of this Motion the Defendants allege as follows:

1. Assistant United States Attorney David A. Nasar, does not object to this Motion to Extend Deadlines nor finding that this is a complex case.

2. Defendants, Richard Dale Deeter, Jr., Johnny Wesley Sparks, Izabella Marie Boling and Nicole Cox, have either not yet been arraigned or taken into Federal custody.

3. Indictment in this case alleges as drug conspiracy set forth in 43 counts and one forfeiture allegation against six defendants encompassing a 14-month time period. Motions in this case are due May 23, 2022 and Jury Trial is set for July 11, 2022.

13018-01

4. The Defendants filing this Motion have not yet received discovery from the government.

5. According to AUSA David A. Nasar, discovery contains hundreds of pages of reports including over 60 GB of data. This includes pan data from two cell phones, three Facebook account downloads and over 50 bodycam files, numerous recorded jail calls and voluminous financial records from five financial institutions and at least four cell phone downloads.

6. Given the volume of discovery to be turned over, the parties request that the trial date be continued for at least 120 days.

7. This case will require an extraordinary amount of time by each defense counsel in order to (1) review, digest, and evaluate the discovery that will be provided in this case; (2) to consult with their clients; and (3) to investigate the information.

8. In addition to the instant case, each defense counsel also has the responsibility of representing clients in various other criminal and civil matters. Said attorneys cannot devote their time exclusively to discovery review, investigations, preparing motions and preparing for trial in this case.

9. Without objection from the United States, the Defendants listed in the introductory paragraph above respectfully requests that this Court find the case is complex within the meaning of the Speedy Trial Act. Defendants further request that the Court set appropriate and reasonable deadlines for motions, responses, a pre-trial conference and trial. Defendants are requesting that all dates be continued for at least 120 days.

10. On behalf of the Defendants listed above and without objection from the United States, Defendants, Jonna Eliza Steele and Donald B. Pearson, request this Motion be granted.

Respectfully submitted,

/S/ Richard D. White, Jr.
Richard D. White, Jr., OBA #9549
525 South Main, Suite 800
Tulsa, Oklahoma 74103-4511
918-599-7755
rwhite@barberbartz.com
Attorney for Defendant, Jonna Eliza Steele

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2022, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

| | |
|---|---|
| David Nasar | representing Plaintiff, USA |
| Reagan Vincent Reininger | representing Plaintiff, USA |
| Clinton Reed James | representing Defendant, Donald B Pearson (2) |

/S/ Richard D. White, Jr.

13018-01