AO 442 (Rev. 10/13) Arrest Warrant

~~SEALED~~ case unsealed 4/25/22

**FILED**
MAY 13 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

2022 APR 21 AM 9:36

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 22CR115 CVE |
| DONALD B. PEARSON | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DONALD B. PEARSON,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm and Ammunition
18 U.S.C. § 924(o) – Firearms Conspiracy
21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy
21 U.S.C. §§ 843(b) and 843(d)(1) – Use of a Communication Facility in Committing, Causing, and Facilitating the Commission of a Drug Trafficking Felony
18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) – Drug and Firearms Forfeiture

Date: APR 20 2022

*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Mark McCartt, Court Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 21 APRIL 2022, and the person was arrested on *(date)* 05 MAY 2022
At *(city and state)* Tulsa, OK
Date: 05 MAY 2022

*Arresting officer's signature*

B. SNYDER, DUSM
*Printed name and title*

Picked up on WHCAP-DLM, Tulsa, OK

DAN/kj