AO 442 (Rev. 10/13) Arrest Warrant

~~SEALED~~

Case created 4/25/22

2022 APR 21 AM 9:37

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | | |
|---|---|---|
| United States of America<br>v.<br><u>IZABELLA MARIE BOLING, a/k/a "Turbo"</u><br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 22-CR-115-CVE |

**FILED**
MAY 13 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* <u>IZABELLA MARIE BOLING, a/k/a "Turbo,"</u>
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 924(o) – Firearms Conspiracy
21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy
21 U.S.C. §§ 856(a)(1) and 856(b) – Maintaining a Drug-Involved Premises
18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) – Drug and Firearms Forfeiture

Date:   APR 20 2022

_____
*Issuing officer's signature*

City and state:   Tulsa, Oklahoma            Mark McCartt, Court Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 21 April 2022, and the person was arrested on *(date)* 11 May 2022
At *(city and state)*   Tulsa, OK
Date:   12 May 2022

_____
*Arresting officer's signature*

B. Snyder, DUSM
*Printed name and title*

DAN/kj