IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| United States of America | Plaintiff(s), | |
|---|---|---|
| vs. | | Case No.: 4:22-CR-115-CVE-005 |
| Izabella Marie Boling | Defendant(s). | Criminal Information Sheet |

Date: _____5/13/2022_____     Interpreter: Yes ☐   No ☒

Magistrate Judge Jayne     Deputy Stephanie Cope     USPO L. Paarmann

Date of Arrest: 5/13/2022    Arrested By: _____    ☒ Detention Requested by AUSA

Bail Recommendation: Choose an item.    ☐ Unsecured

**Additional Conditions of Release:**

☐ a.  ☐ b. _____     ☐ m _____     ☐ n  ☐ o  ☐ p  ☐ q  ☐ r  ☐ s _____
☐ c.  ☐ d.  ☐ e.  ☐ f.  ☐ g.     ☐ t (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
☐ h.  ☐ i.  ☐ j.     ☐ u (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6 ☐ 7)
☐ k. (☐ ii, ☐ ii, ☐ iii)     ☐ v (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
☐ l. _____     ☐ w (☐ 1, ☐ 2) ☐ x. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel:     ☒ Yes     ☐ No

Defendant's Attorney: Scott Troy     ☐ FPD;     ☒ Ct. Appt;     ☐ Ret Counsel

AUSA: Dave Nasar, *Eric Johnston for*

**MINUTES:**

Interpreter: _____ ; ☐ Sworn

☒ Defendant appears ~~in person~~ *by video* for IA on: ☒ Indictment; ☐ Information; ☐ Complaint; ☐ Petition; ☐ Rule 5 with: ☐ Ret Counsel; ☐ FPD; ☒ Ct. Appt; ☐ w/o Counsel

☒ Financial Affidavit received and FPD/CJA appointed; ☒ Present ☐ Not Present

Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:

☒ Verified in open court

☐ Corrected by interlineation to _____ to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.

☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed: ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings

☐ Bond set for _____ ; Bond and conditions of release executed

☐ Government's Motion for Detention and Detention Hearing filed in open court

☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☒ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: _____ at _____ a.m./p.m.

☐ Arraignment scheduled: _____ at _____ a.m./p.m.

☒ Detention Hearing scheduled: 5/19/22 (In person) at 2:00 a.m./**p.m.**

☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.

☒ Defendant remanded to custody of U.S. Marshal: ☒ Pending further proceeding; ☐ Pending release on bond for treatment

Mot. for Detention # 34  ☐ Granted; ☐ Denied; ☐ Moot   Mot. for Hearing # 35  ☒ Granted; ☐ Denied; ☐ Moot

**Additional Minutes:** _____

Criminal Information Sheet CR-24 (11/2020)