UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>                                      Plaintiff,<br>vs.<br><br>Izabella Marie Boling ,<br><br>                                Defendant(s). | Case No.: 22-cr-00115-CVE<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of the United States of America, it is **ORDERED** that a detention hearing/preliminary hearing is:

Set on: __5/19/22__

At: __2:00__ a.m./**p.m.**

Before Magistrate Judge:

☑ Jodi F. Jayne

☐ Christine D. Little

☐ Susan Huntsman

The detention hearing will be held:

____ Via Video Conference

_✓_ Magistrate Courtroom #1 on the 3rd floor of the United States Courthouse, 333 West Fourth Street, Tulsa, OK, 74103.

Pending this hearing, Defendant shall be held in custody by the United States Marshal. The United States Marshal shall produce Defendant at the above-described hearing.

Date: May 13, 2022

_____
Jodi F. Jayne, U.S. Magistrate Judge