## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                                        Plaintiff,

vs.                                                          Case No.: 22-cr-115-CVE

Donald B Pearson,                                  **AMENDED SCHEDULING ORDER**
Jonna Elise Steele,
Izabella Marie Boling,

                                        Defendant(s).

At the direction of Claire V. Eagan, U.S. District Judge, upon the appearance of defendant Izabella Marie Boling, it is hereby ordered that:

| | | |
|---|---|---|
| Motions due: | 5/23/2022 | |
| Responses due: | 6/6/2022 | |
| PT/CP/Motions Hearing: | 6/16/2022 | at 9:30 a.m. |
| Voir dire, jury instructions, and trial briefs due: | 7/5/2022 | |
| Jury Trial: | 7/11/2022 | at 9:15 a.m. |

Mark C. McCartt,

Clerk of Court, United States District Court

S/C. Portilloz
By: C. Portilloz, Deputy Clerk