# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IZABELLA MARIE BOLING,<br>a/k/a "Turbo,"<br><br>Defendant. | Case No. 22-CR-00115-CVE |

## Joint Motion for Continuance of Detention Hearing

David A. Nasar, Assistant United States Attorney; and Izabella Marie Boling, by and through her counsel, Scott Troy, move the Court to continue the detention hearing set for May 19, 2022. In support of this motion, the parties offer as follows:

1. On April 19, 2022, an Indictment was filed in this matter.

2. The defendant was arraigned on May 13, 2022 and the detention hearing was scheduled for May 19, 2022.

3. The parties request a continuance for the detention hearing to May 23, 2022.

4. The government has a conflict on May 19, 2022. In addition, this continuance is requested to give the defense additional time to investigate certain matters and to prepare for the detention hearing.

5. Accordingly, the parties request a continuance of the detention hearing for the reasons stated and not for the purpose of delay, or any improper purpose.

WHEREFORE, the parties respectfully request that the Court grant a continuance of the currently scheduled detention hearing to May 23, 2022.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

/s/ David A. Nasar
David A. Nasar, NY Reg. # 4222568
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, OK 74119

/s/ Scott Troy
Scott Troy, OBA# 11714
*(Signed by Filing Attorney with permission of Non-Filing Attorney)*
406 South Boulder Ave W #405,
Tulsa, OK 74103

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF recipients:

Scott Troy
*Defense Counsel*

/s/ David A. Nasar
Assistant United States Attorney