IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-CR-115-CVE |
| | ) | |
| DONALD PEARSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### WAIVER OF SPEEDY TRIAL

Defendant Donald Pearson acknowledges that he has a right to a speedy trial and that right has been guaranteed to him by the Sixth Amendment to the United States Constitution and the Speedy Trial Act, 18 U.S.C. § 3161. However, defendant freely waives his right to a speedy trial and requests that any trial delay in the case identified above be excluded from computation under the Speedy Trial Act.

Defendant specifically requests that the Court find that the ends of justice served by granting the continuances in each trial outweigh the interest of the public and the defendant in a speedy trial. Pursuant to 18 U.S.C. § 3161(h)(7)(A), defendant requests that the time from _July 11_, 2022, to _November 21_, 2022, be excluded.

Respectfully Submitted;

*[signature]*

Donald Pearson, *Defendant*

/s/ *Clinton R. James*
Clinton R. James, OBA# 31106
WYATT LAW OFFICE
2121 S. Columbia, Ste. 405
Tulsa, OK 74114
(918) 594-0000 Telephone
(918) 515-7897
E-mail: clintjames@wyattlaw.com
*Attorney for Donald Pearson*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2022, a true and correct copy of the foregoing Motion was sent via this court's electronic court filing system to all CM/ECF registrants appearing in this case. At this time, the defendant is unaware of any non-ECF registrants that are parties to this case.

/s/ Clinton R. James