UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,
  Plaintiff,
vs.

Izabella Marie Boling,
  Defendant(s).

Case No.: 22-cr-00115-CVE
Date: 5/23/2022
Court Time: 2:30pm - 2:32pm

**MINUTE SHEET – DETENTION AND/OR PRELIMINARY HEARING**

Jodi F. Jayne, U.S. Magistrate Judge       S. Cope, Deputy Clerk       Magistrate Courtroom 1

Interpreter: _____  ☐ Sworn
Counsel for Plaintiff: David Nasar, Leah Poisner for
Counsel for Defendant: Scott Anthony Troy     Appt.
Case called for:   ☒ Detention Hearing,  ☐ Preliminary Hearing;
☒ Defendant appears in custody with counsel; by video
Defendant waives:  ☐ Preliminary Hearing  ☒ Detention Hearing, waiver(s) executed;
☐ Government withdraws their Motion for Detention # _____;
☐ Defense counsel stipulates there is probable cause;
☐ Proffer(s) made;
☐ Witness(es) sworn and testimony given;
☐ Arguments heard;
☐ Court Finds Probable Cause;
Motion for Detention (Dkt # 34   ):  ☐ granted, ☐ denied, ☒ moot;
☐ Court finds there are conditions which defendant can be released; Defendant ordered released;
☐ Bond set at _____ Bond and Conditions of Release executed;
☒ Defendant detained and remanded to custody of U.S. Marshal,  ☐ Detention Order to be entered;
☐ Exhibit(s) returned to counsel.
Additional Minutes: _____
_____

Government's Witnesses:                Defendant's Witnesses:
_____                 _____
_____                 _____
_____                 _____

Government's Exhibits:                 Defendant's Exhibits:
_____                 _____
_____                 _____