IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

United States of America
   Plaintiff(s),
vs.
Richard Dale Deeter, Jr.
   Defendant(s).

Case No.: 4:22-CR-115-CVE-001

Criminal Information Sheet

Date: 5/23/2022                                    Interpreter: Yes ☐   No ☒

Magistrate Judge Jayne          Deputy Tami Calico          USPO L. Paarmann
Date of Arrest: 5/23/2022       Arrested By: USM            ☒ Detention Requested by AUSA
Bail Recommendation:            ☐ Unsecured

**Additional Conditions of Release:**
- ☐ a.  ☐ b. _____     ☐ m _____       ☐ n  ☐ o  ☐ p  ☐ q  ☐ r  ☐ s _____
- ☐ c.  ☐ d.  ☐ e.  ☐ f.  ☐ g.    ☐ t (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
- ☐ h.  ☐ i.  ☐ j.               ☐ u (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
- ☐ k. (☐ ii, ☐ ii, ☐ iii)       ☐ v (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
- ☐ l. _____                   ☐ w (☐ 1, ☐ 2)  ☐ x. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel:   ☒ Yes   ☐ No
Defendant's Attorney: Randy Lynn        ☐ FPD;   ☒ Ct. Appt;   ☐ Ret Counsel
AUSA: Dave Nasar, Leah Paisner for

**MINUTES:**

Interpreter: _____ ;   ☐ Sworn

☒ Defendant appears ~~in person~~ by video for IA on: ☒ Indictment; ☐ Information; ☐ Complaint; ☐ Petition; ☐ Rule 5
with: ☐ Ret Counsel;  ☐ FPD;  ☒ Ct. Appt;  ☐ w/o Counsel
☒ Financial Affidavit received and FPD/CJA appointed;  ☒ Present  ☐ Not Present

Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:
   ☒ Verified in open court
   ☐ Corrected by interlineation to _____
      to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
   ☐ Unable to verify in open court:  ☐ U.S. Atty. to verify & advise court;  ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed:   ☐ of Indictment;  ☐ of Preliminary Exam;  ☒ of Detention Hearing;  ☐ of Rule 5 Hearings
☐ Bond set for _____ ; Bond and conditions of release executed
☐ Government's Motion for Detention and Detention Hearing filed in open court
☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea;  ☒ Scheduling dates to be mailed to counsel
☐ Initial Appearance continued to: _____ at _____ a.m./p.m.
☐ Arraignment scheduled: _____ at _____ a.m./p.m.
☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.
☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.
☒ Defendant remanded to custody of U.S. Marshal:  ☒ Pending further proceeding;  ☐ Pending release on bond for treatment
Mot. for Detention #48:  ☐ Granted;  ☐ Denied;  ☒ Moot   Mot. for Hearing #49:  ☐ Granted;  ☐ Denied;  ☒ Moot

**Additional Minutes:** _____