# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America, <br><br>                      Plaintiff, <br> vs. <br><br> Richard Dale Deeter, Jr., <br> Donald B Pearson, <br> Jonna Elise Steele, <br> Izabella Marie Boling, <br><br>                      Defendant(s). | Case No.: 22-cr-115-CVE <br><br> **AMENDED SCHEDULING ORDER** |

At the direction of Claire V. Eagan, U.S. District Judge, upon the appearance of defendant Richard Dale Deeter, Jr., it is hereby ordered that:

| | | |
|---|---|---|
| Motions due (as to defendant Deeter only) | 6/3/2022 | |
| Responses due | 6/10/2022 | |
| PT/CP/Motions Hearing: | 6/16/2022 | at 9:30 a.m. |
| Voir dire, jury instructions, and trial briefs due: | 7/5/2022 | |
| Jury Trial: | 7/11/2022 | at 9:15 a.m. |

Mark C. McCartt,

Clerk of Court, United States District Court

S/C. Portilloz
By: C. Portilloz, Deputy Clerk