# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                      Plaintiff,

vs.

Richard Dale Deeter, Jr.,
Donald B Pearson,
Jonna Elise Steele,
Izabella Marie Boling,

                      Defendant(s).

Case No.: 22-cr-115-CVE

**AMENDED SCHEDULING ORDER**

At the direction of Claire V. Eagan, U.S. District Judge, upon the appearance of defendant Richard Dale Deeter, Jr., it is hereby ordered that:

| | |
|---|---|
| Motions due (as to defendant Deeter only) | 6/3/2022 |
| Responses due | 6/10/2022 |
| PT/CP/Motions Hearing: | 6/16/2022 at 9:30 a.m. |
| Voir dire, jury instructions, and trial briefs due: | 7/5/2022 |
| Jury Trial: | 7/11/2022 at 9:15 a.m. |

Mark C. McCartt,

Clerk of Court, United States District Court

S/C. Portilloz

By: C. Portilloz, Deputy Clerk