UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 22-CR-00115-CVE |
| IZABELLA MARIE BOLING, | ) ) ) |
| Defendant. | ) |

## WAIVER OF SPEEDY TRIAL

Izabella Marie Boling, acknowledges that she has a right to a speedy trial and that right has been guaranteed to her by the Sixth Amendment to the United States Constitution and the Speedy Trial Act, 18 U.S.C. 3161 et seq. However, Ms. Boling freely waives her right to a speedy trial and requests that any trial delay be excluded from computation under the Speedy Trial Act. Ms. Boling specifically requests that the Court find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendant in a speedy trial. Accordingly, pursuant to 18 U.S.C. § 3161(h)(7)(A), she asks that this matter be continued from July 11, 2022, for a period to and including January 17, 2023. Such period of time is excludable.

Respectfully submitted,

*Izabella M. Boling*
Izabella Marie Boling, Defendant

/s/ Scott *Troy*
Scott Troy, OBA #11714
601 South Boulder, Suite 1010
Tulsa, Oklahoma 74119
(918) 585-3721 Office
(918) 582-6106 Fax
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2022, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

David Nassar, AUSA

                                                   /s/ *Scott Troy*
                                                 Scott Troy