## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Case No. 22-CR-115-CVE** |
| ) | |
| **RICHARD DALE DEETER, JR.,** ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT RICHARD DALE DEETER JR.'S JOINDER

Defendant Richard Dale Deeter, Jr. (hereinafter referred to as "Mr. Deeter") hereby joins the motion at Docket Number 32 by Defendants Steele and Pearson to declare this case "complex" under 18 U.S.C. § 3161(h)(7)(B)(2) and to extend all deadlines.

Mr. Deeter would ask for an extension of all dates, including the trial date, of at least 180 days.

A Speedy Trial Waiver reflecting that request is filed contemporaneously herewith.

Respectfully submitted,

s/Fred Randolph Lynn
Fred Randolph Lynn, OBA #15296
907 South Detroit Avenue
Suite 1330
Tulsa, Oklahoma 74120-4205
(918) 693-8299
(918) 392-7936 (facsimile)
fredrandoplphlynn@gmail.com

Attorney for Mr. Deeter

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System, which will then send a notification of such filing (NEF) to all counsel of record registered with the CM/ECF system.

s/Fred Randolph Lynn