# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>                                      Plaintiff,<br>vs.<br><br>Richard Dale Deeter, Jr.<br>                                      Defendant. | Case No.: 22-CR-115-CVE (1)<br><br>**WAIVER OF SPEEDY TRIAL** |

The Defendant, <u>Richard Dale Deeter, Jr.</u> ("Defendant") acknowledges that he has been fully advised of his/her right to a speedy trial and understands that right has been guaranteed by the Sixth Amendment of the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161. With such knowledge, Defendant freely and voluntarily waives his right to a speedy trial herein. Defendant requests the Court find that the ends of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial.

Defendant specifically requests that all delays resulting from a continuance of his jury trial from <u>July 11, 2022</u> to <u>January 17, 2023</u> be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, et. seq.

| | |
|---|---|
| <u>S/Richard Dale Deeter, Jr</u>.<br>Defendant | <u>5/25/2022</u><br>Date |

I have consulted with my client, Defendant, who has expressed a clear and unequivocal understanding of the right to speedy trial and voluntarily waived such right as set forth herein.

| | |
|---|---|
| <u>S/ Fred Randolph Lynn</u><br>Attorney for Defendant | <u>5/26/2022</u><br>Date |