## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America | | |
| | Plaintiff(s), | |
| vs. | | Case No.: 4:22-CR-115-CVE |
| Nicole Cox | | Criminal Information Sheet |
| | Defendant(s). | |

Date: _____ 5/26/2022 _____                          Interpreter: Yes ☐      No ☒

Magistrate Judge Jayne          Deputy Stephanie Cope          USPO J. Gregg
Date of Arrest: _5/26/2022_    Arrested By: USMS _____    ☒ Detention Requested by AUSA
Bail Recommendation:          ☐ Unsecured

**Additional Conditions of Release:**

☐ a.  ☐ b. _____          ☐ m   ☐ n ☐ o   ☐ p  ☐ q   ☐ r  ☐ s _____
☐ c.  ☐ d..  ☐ e.  ☐ f.  ☐ g.    ☐ t   (☐ 1,  ☐ 2,  ☐ 3,  ☐ 4,  ☐ 5,  ☐ 6, ☐ 7)
☐ h.  ☐ i.  ☐ j.                 ☐ u   (☐ 1,  ☐ 2,  ☐ 3,  ☐ 4,  ☐ 5,  ☐ 6 ☐ 7)
☐ k.  (☐ i, ☐ ii, ☐ iii)         ☐ v   (☐ 1,  ☐ 2,  ☐ 3,  ☐ 4,  ☐ 5,  ☐ 6, ☐ 7,  ☐ 8,  ☐ 9,  ☐ 10)
☐ l.  _____               ☐ w   (☐ 1,  ☐ 2)  ☐ X. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel: ☒  Yes   ☐   No

Defendant's Attorney: ~~Stephen Layman~~  ☐ FPD;  ☑ Ct. Appt;  ☐ Ret Counsel
  *Michael Noland*
AUSA:   David Nasar  *Chris Nassar for*

**MINUTES:**

Interpreter: _____ ;  ☐ Sworn

☑ Defendant appears ~~in person~~ for IA on:  ☑ Indictment;  ☐ Information;  ☐ Complaint;  ☐ Petition;  ☐ Rule 5
     *by video* with:  ☐ Ret Counsel;  ☐ FPD;  ☑ Ct. Appt;  ☐ w/o Counsel
☑ Financial Affidavit received and FPD/CJA appointed;  ☑ Present  ☐ Not Present
Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5 is the true and correct legal name:**
     ☑ Verified in open court
     ☐ Corrected by interlineation to _____
        to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
     ☐ Unable to verify in open court:  ☐ U.S. Atty. to verify & advise court;  ☐ Defendant's Attorney to verify & advise
court;
Waivers executed and filed:   ☐ of Indictment; ☐ of Preliminary Exam; ☑ of Detention Hearing; ☐ of Rule 5 Hearings
☐ Bond set for _____ ; Bond and conditions of release
executed
☐ Government's Motion for Detention and Detention Hearing filed in open court
☑ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☑ Scheduling dates to be mailed to counsel
☐ Initial Appearance continued to: _____ at _____ a.m./p.m.
☐ Arraignment scheduled: _____ at _____ a.m./p.m.
☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.
☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.
☑ Defendant remanded to custody of U.S. Marshal:  ☑ Pending further proceeding;  ☐ Pending release on bond for treatment
Mot. for Detention # _59_  ☐ Granted;  ☐ Denied;  ☑ Moot   Mot. for Hearing # _60_  ☐ Granted;  ☐ Denied;  ☐ Moot

**Additional Minutes:** _____
_____