### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>NICOLE COX,  )<br>          Defendant.  ) | Case No. 22-CR-115-CVE |

### ENTRY OF APPEARANCE
### AS CJA APPOINTED CO-COUNSEL

To the Clerk of this Court and all parties of record:

Please enter my appearance as CJA Appointed Counsel in this case for the Defendant, Nicole Cox. I certify that I am authorized to practice in this Court and am registered to file documents electronically with this Court.

Dated this 26th day of May 2022.

                                      Respectfully submitted,
                                      s/ Michael Wayne Noland
                                      Bar Number: 21768
                                      435 N. Walker Avenue, Suite 105
                                      Oklahoma City, OK 73102
                                      Telephone: (405) 225-1311
                                      Fax: (405) 225-1312
                                      nolanddefensefirm@yahoo.com

## Certificate of Service

    I hereby certify that on May 26, 2022 I electronically transmitted the above document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant: Assistant United States Attorney David Nasar.

                                            s/ Michael W. Noland