# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>RICHARD DALE DEETER, JR., )<br>DONALD B. PEARSON, )<br>JONNA ELISA STEELE, )<br>JOHNNY WESLEY SPARKS, a/k/a "J5," )<br>IZABELLA MARIE BOLING, a/k/a "Turbo," )<br>NICOLE COX, a/k/a "Nicole Michelle Jenner," )<br>a/k/a "Nicole Michelle Cox," a/k/a "Nicole Patterson," ) | Case No. 22-CR-115-CVE |

## DEFENDANT'S WAIVER OF SPEEDY TRIAL

Defendant acknowledges that she has a right to a speedy trial and that right has been guaranteed to her by the Sixth Amendment to the United States Constitution and the Speedy Trial Act, 18 U.S.C. § 3161. However, Defendant freely waives her right to a speedy trial and requests that any trial delay be excluded from computation under the Speedy trial Act. Defendant specially requests that the Court find that the ends of justice served by granting the continuance outweigh the interest of the public and the Defendant in a speedy trial. Defendant specifically requests that all delays from a continuance of her jury trial from *July 11, 2022 to August 21, 2022* be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, et seq.

Respectfully submitted,

_____
Jonna Elisa Steele

/S/ Richard D. White, Jr.
Richard D. White, Jr., OBA #9549
525 South Main Street, Suite 800
Tulsa, Oklahoma 74103-4511
918-599-7755
rwhite@barberbartz.com
Attorney for Defendant, Jonna Elise Steele (3)

13018-01

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of May, 2022, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

| | |
|---|---|
| David Nasar | representing Plaintiff, USA |
| Reagan Vincent Reininger | representing Plaintiff, USA |
| Fred Randolph Lynn | representing Richard Dale Deeter, Jr. (1) |
| Clinton Reed James | representing Defendant, Donald B Pearson (2) |
| Scott Anthony Troy | representing Izabella Marie Boling (5) |
| Michael Wayne Noland | representing Nicole Cox (6) |

/S/ Richard D. White, Jr.