IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>NICOLE COX,<br>Defendant. | )<br>)<br>)<br>) Case No. 22-CR-115-CVE<br>)<br>)<br>) |

## WAIVER OF RIGHT TO SPEEDY TRIAL

Nicole Cox, the Defendant in the above-captioned matter states as follows:

1. My attorney has explained to me under the Sixth Amendment of the United States Constitution and under the Speedy Trial Act provides I must be brought to trial within 70 days of my arraignment;

2. I understand a jury trial is scheduled July 11, 2022;

3. I am requesting the Court to Continue my case for at least 120 days. I am agreeing to the resetting of my case for trial due to the following: I appeared for arraignment in this case on May 26, 2022. Counsel Michael Noland received notice that the Court has set a scheduling order setting Motions to be due in this case on June 3, 2022. Counsel has been advised by Assistant United States Attorney that the discovery in this matter is voluminous. Based on the anticipated amount of discovery in this case

Counsel would not be able to effectively file Pre-Trial Motions, nor prepare for trial in the time set out in the Courts scheduling order.

4. I have read this waiver and I understand my right to a speedy trial and I am giving up that right by signing this paper. I understand the period of delay caused by the granting of the continuance will not be used in computing the seventy (70) day time limit for trial prescribed in the Speedy Trial Act;

5. I am signing this waiver voluntarily and of my own choice, free of threats or pressures from anyone.

Respectfully submitted,

_____  5-30-22
NICOLE COX               Date
Defendant

_____  5-30-22
Michael Wayne Noland     Date
Bar Number: 21768
435 N. Walker Avenue, Suite 105
Oklahoma City, OK 73102
Telephone: (405) 225-1311
Fax: (405) 225-1312
nolanddefensefirm@yahoo.com

### Certificate of Service

I hereby certify that on 30 day of May 2022 1, I electronically transmitted the above document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant: David Nassar, Assistant United States Attorney.

s/ Michael W. Noland