

AO 442 (Rev. 10/13) Arrest Warrant



~~SEALED~~ Cope inside 4/25/22

2022 APR 21 AM 9:34

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. **22 CR 115 CVE** |
| RICHARD DALE DEETER, JR. | ) | |
| _Defendant_ | | |

**FILED**

**MAY 31 2022**

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ RICHARD DALE DEETER, JR.,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. § 848(a) and 848(c) – Continuing Criminal Enterprise
18 U.S.C. §§ 922(g)(1), 924(a)(2), and 2 – Felon in Possession of a Firearm
18 U.S.C. § 924(o) – Firearms Conspiracy
21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy
21 U.S.C. §§ 843(b) and 843(d)(1) – Use of a Communication Facility in Committing, Causing, and Facilitating the Commission of a Drug Trafficking Felony
18 U.S.C. §§ 924(c)(1)(A)(i) and 2 – Possession of a Firearm in Furtherance of a Drug Trafficking Crime
21 U.S.C. §§ 856(a)(1) and 856(b) – Maintaining a Drug-Involved Premises
18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) – Drug and Firearms Forfeiture

Date: APR 20 2022

_Issuing officer's signature_

City and state:  Tulsa, Oklahoma

Mark McCartt, Court Clerk
_Printed name and title_

---

**Return**

This warrant was received on _(date)_  5/3/22 , and the person was arrested on _(date)_  5/23/22
At _(city and state)_  Tulsa, OK
Date:  5/23/22

_Arresting officer's signature_

L.G. Welch  DUSM
_Printed name and title_

Picked up on WHCAP - Oklahoma State Penitentiary

DAN/kj