# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:22-mj-05311-DMF-1 *SEALED*
### Internal Use Only

| | |
|---|---|
| Case title: USA v. SEALED | Date Filed: 08/11/2022 |
| Plea Filings | Sentencing Filings |
| Other court case number: 22CR115 Northern District of Oklahoma | Date Terminated: 08/19/2022 |

Assigned to: Magistrate Judge Deborah M Fine

**Defendant (1)**

**Johnny Wesley Sparks**  
15377-510  
*TERMINATED: 08/19/2022*  
also known as  
J5  
*TERMINATED: 08/19/2022*

represented by **Jeffrey Allen Williams**  
Federal Public Defenders Office - Phoenix  
850 W Adams St., Ste. 201  
Phoenix, AZ 85007  
602-382-2700  
Fax: 602-382-2800  
Email: jeffrey_williams@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:846 and 841(b)(1)(A)(viii) - Drug Conspiracy; 21:841(a)(1) and 841(b)(1)(A)(viii) - Possession of Methamphetamine with Intent to Distribute; Forfeiture Allegations | |

**Plaintiff**

| USA | represented by | **James Richard Knapp** |

US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
602-514-7675
Fax: 602-514-7450
Email: james.knapp2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/10/2022 | 1 | *Arrest (Rule 5 - Northern District of Oklahoma) of Johnny Wesley Sparks. (MAP) *Modified to correct district docket text on 8/18/2022 (CEI). (Entered: 08/11/2022) |
| 08/11/2022 | 3 | *SEALED* MINUTE ENTRY for proceedings held before Magistrate Judge Deborah M Fine: Initial Appearance in Rule 5(c)(3) Proceedings as to Johnny Wesley Sparks held on 8/11/2022. DEFENDANT SWORN TO FINANCIAL STATUS. Appointing Jeffrey Allen Williams (AFPD) for Johnny Wesley Sparks. Status Conference Re Detention Hearing and Identity Hearing set for 8/19/2022 at 11:00 AM in Courtroom 302, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Michael T Morrissey. (Recorded by COURTSMART.) Hearing held 3:47 PM to 3:52 PM. (cc: AUSA/AFPD/PTS/USMS/MTM) (MAP) (Entered: 08/17/2022) |
| 08/12/2022 | 2 | **Pretrial Services Bail Report** as to Johnny Wesley Sparks filed by Pretrial Services. (MAP) (Entered: 08/12/2022) |
| 08/18/2022 | 4 | *SEALED* BRADY ORDER as to Johnny Wesley Sparks - Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is ordered to disclose in a timely manner all exculpatory evidence to the defendant(s), that is, all evidence that is favorable to the defendant(s) or tends to cast doubt on the United States case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court. Signed by Magistrate Judge Deborah M Fine on 8/11/22. (cc: AUSA/Dft's Cnsl) (MAP) (Entered: 08/18/2022) |
| 08/19/2022 | 5 | *SEALED* MINUTE ENTRY for proceedings held before Magistrate Judge Michael T Morrissey: Status Conference Re Detention and Rule 5 Identity Hearing as to Johnny Wesley Sparks held on 8/19/2022. Defendant waives the Rule 5 Identity Hearing. The Court finds that Defendant is the individual named in the indictment. Defendant reserves his right to a detention hearing for the charging district. Defendant remains in the temporary custody of the U.S. Marshal. Warrant of removal to issue. Hearing held 11:06 AM to 11:08 AM. (cc: AUSA/AFPD/PTS/USMS) (MAP) (Entered: 08/19/2022) |
| 08/19/2022 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Johnny Wesley Sparks. Defendant Committed to District of Northern District of Oklahoma. Signed by |

| | | |
|---|---|---|
| | | Magistrate Judge Michael T Morrissey on 8/19/22. (cc: AUSA/AFPD/PTS/USMS) (MAP) (Entered: 08/19/2022) |
| 08/19/2022 | 7 | Notice to Northern District of Oklahoma of a Rule 5 or Rule 32 Initial Appearance as to Johnny Wesley Sparks. Your case number is: 22-CR-115. The case is SEALED.<br><br>*(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (MAP) (Entered: 08/19/2022) |
| 08/19/2022 | 🔒 | (Court only) ***Staff Notes as to Johnny Wesley Sparks: Pursuant to the Commitment Order Issued, the following sealed documents forwarded to the Northern District of Oklahoma: 3-6 and docket sheet. (MAP) (Entered: 08/19/2022) |

# MAGISTRATE JUDGE'S MINUTES
## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA – PHOENIX

| | | |
|---|---|---|
| **U.S. Magistrate Judge:** Deborah M. Fine | **Date:** August 11, 2022 | **SEALED** |
| **USA v. Johnny Wesley Sparks** | **Case Number:** 22-05311MJ-001-PHX-DMF | |

**Assistant U.S. Attorney:** James Richard Knapp present
**Attorney for Defendant:** AFPD Jeff Williams present
**Interpreter:** N/A
**Defendant:** Present, in custody

**INITIAL APPEARANCE ON RULE 5 PROCEEDINGS**
**Date of Arrest: August 10, 2022**

Warrant issued pursuant to Indictment from the Northern District of Oklahoma in case CR 22-00115-CVE.

Defendant states true name to be SAME and is sworn as to financial status. The Court appoints AFPD Jeff Williams to represent the Defendant.

As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

Defense counsel requests a Status Conference Re: Detention Hearing and Identity Hearing be set and further waives time.

The Court sets a Status Conference Re: Detention Hearing and Identity Hearing on **8/19/2022, at 11:00 AM, before Magistrate Judge Michael T. Morrissey in Courtroom 302**.

The Defendant is ordered temporarily detained in the custody of the United States Marshal.

No Interpreter required.

**Recorded By** Courtsmart
**Deputy Clerk** Lindsay Lowe

Initial Appearance on
Rule 5 Proceedings
05 min

Start: 3:47 PM
Stop: 3:52 PM

CC: AUSA; AFPD; PTS; USMS; MTM

## MAGISTRATE JUDGE'S MINUTES
### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. Magistrate Judge:** Michael T. Morrissey | **Date:** August 19, 2022    **SEALED** |
| **USA v. Johnny Wesley Sparks** | **Case Number:** 22-05311MJ-001-PHX-DMF |

**Assistant U.S. Attorney:** James Richard Knapp
**Attorney for Defendant:** Jeffrey Allen Williams, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

**STATUS HEARING RE DETENTION AND RULE 5 IDENTITY HEARING:**
MINUTE ENTRY for proceedings held before Magistrate Judge Michael T. Morrissey: This is the time set for Status Hearing re: Detention and Rule 5 Identity Hearing as to Johnny Wesley Sparks on 8/19/22. Defendant waives the Rule 5 Identity Hearing. The Court finds that Defendant is the individual named in the indictment. Defendant reserves his right to a detention hearing for the charging district. Defendant remains in the temporary custody of the U.S. Marshal. Warrant of removal to issue.

**Recorded By** Courtsmart
**Deputy Clerk** Sara Quinones

cc: AUSA, AFPD, PTS, USMS

**Start:** 11:06 AM
**Stop:** 11:08 AM
Total: 2 minutes

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 22-5311MJ |
| Plaintiff, | **BRADY ORDER** |
| v. | (Filed under seal) |
| Johnny Wesley Sparks, | |
| Defendant. | |

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is ordered to disclose in a timely manner all exculpatory evidence to the defendant(s), that is, all evidence that is favorable to the defendant(s) or tends to cast doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court.

Signed this 11th day of August, 2022

Honorable Deborah M. Fine
United States Magistrate Judge

cc: AUSA/Dft's Cnsl

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
**SEALED**

| | |
|---|---|
| **United States of America** | **Case Number:** 22-05311MJ-001-PHX-DMF |
| v. | **Charging District's Case No.** |
| **Johnny Wesley Sparks** | 22-CR-115 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Northern District of Oklahoma, Tulsa Division. The defendant may need an interpreter for this language: N/A.

The defendant: ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 8/19/22

*Michael T. Morrissey*
Honorable Michael T. Morrissey
United States Magistrate Judge

cc: AUSA, AFPD, PTS, USMS

AO 94 (Rev. 06/09) Commitment to Another District