# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHNNY WESLEY SPARKS,<br>a/k/a "J5,"<br><br>　　　　Defendant. | Case No. 22-CR-115-CVE |

## Motion for Detention Hearing

COMES NOW the United States of America, pursuant to 18 U.S.C. § 3142(e) and (f), and hereby requests that the Court hold a hearing pending trial to determine whether any condition, or combination of conditions, as set forth in 18 U.S.C. § 3142(c), will reasonably assure the appearance of the Defendant as required and the safety of any other person and the community.

Dated this 29th day of August, 2022.

                                      Respectfully submitted,

                                      CLINTON J. JOHNSON
                                      United States Attorney

                                      */s/ David A. Nasar*
                                      David A. Nasar, NY Reg. # 4222568
                                      Assistant United States Attorney
                                      110 West 7th Street, Suite 300
                                      Tulsa, Oklahoma 74119
                                      (918) 382-2700