## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| United States of America | |
|---|---|
| | Plaintiff(s), |
| vs. | |
| | Case No.:4:22-CR-115-CVE-004 |
| Johnny Wesley Sparks | Criminal Information Sheet |
| | Defendant(s). |

Date: _____8/30/2022_____          Interpreter:  Yes ☐       No ☒

Magistrate Judge Jayne          Deputy Stephanie Cope          USPO A. Tyler
Date of Arrest: ___8/29/2022___   Arrested By:  USM _____   ☒  Detention Requested by AUSA
Bail Recommendation: Choose an item.     ☐  Unsecured

**Additional Conditions of Release:**

☐ a.  ☐ b. _____       ☐ m _____   ☐ n ☐ o   ☐ p ☐ q   ☐ r ☐ s _____
☐ c.  ☐ d..  ☐ e.  ☐ f.  ☐ g.       ☐ t  (☐ 1,  ☐ 2,  ☐ 3,  ☐ 4,  ☐ 5,  ☐ 6, ☐ 7)
☐ h.  ☐ i.  ☐ j.                 ☐ u  (☐ 1,  ☐ 2,  ☐ 3,  ☐ 4,  ☐ 5,  ☐ 6 ☐ 7)
☐ k.  (☐ ii,  ☐ ii, ☐ iii)        ☐ v  (☐ 1,  ☐ 2,  ☐ 3,  ☐ 4,  ☐ 5,  ☐ 6, ☐ 7,  ☐ 8, ☐ 9, ☐ 10)
☐ l. _____           ☐ w  (☐ 1,  ☐ 2)  ☐ X. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel:     ☒   Yes     ☐     No
Defendant's Attorney: Jeffrey Williams     ☒ FPD;     ☐ Ct. Appt;     ☐ Ret Counsel
AUSA:   Dave Nasar , *Rich Cella for*

**MINUTES:**

Interpreter: _____;  ☐ Sworn

☒ Defendant appears ~~in person~~ for IA on:  ☒ Indictment;  ☐ Information;  ☐ Complaint;  ☐ Petition;  ☐ Rule 5
   *by video* with:  ☐ Ret Counsel;  ☒ FPD;  ☐ Ct. Appt;  ☐ w/o Counsel
☒ Financial Affidavit received and FPD/CJA appointed;  ☒ Present  ☐ Not Present
Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:
   ☐ Verified in open court
   ☒ Corrected by interlineation to *Johnny Wesley Boyd Sparks*
      to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
   ☐ Unable to verify in open court:  ☐ U.S. Atty. to verify & advise court;  ☐ Defendant's Attorney to verify & advise court;
Waivers executed and filed:     ☐ of Indictment; ☐ of Preliminary Exam; ☒ of Detention Hearing; ☐ of Rule 5 Hearings
☐ Bond set for _____; Bond and conditions of release executed
☐ Government's Motion for Detention and Detention Hearing filed in open court
☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☒ Scheduling dates to be mailed to counsel
☐ Initial Appearance continued to: _____ at _____ a.m./p.m.
☐ Arraignment scheduled: _____ at _____ a.m./p.m.
☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.
☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.
☒ Defendant remanded to custody of U.S. Marshal:  ☒ Pending further proceeding;  ☐ Pending release on bond for treatment
Mot. for Detention # 80:  ☐ Granted;  ☐ Denied;  ☒ Moot  Mot. for Hearing # 81 :  ☐ Granted;  ☐ Denied;  ☒ Moot

**Additional Minutes:** _____
_____