# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                                  Plaintiff,

vs.                                                    Case No.: 22-cr-00115-CVE

                                                       **ORDER APPOINTING COUNSEL**

Johnny Wesley Sparks,

                                  Defendant(s).

Defendant has completed an affidavit as to his/her financial ability to employ counsel.  Upon review, the Court finds that Defendant is financially unable to obtain counsel.  In accordance with the Northern District of Oklahoma Plan for Implementing the Criminal Justice Act of 1984, the Court finds and orders as follows:

☒    <u>Jeffrey Williams, Federal Public Defender for the District of Arizona</u>, the Federal Public Defender is appointed to represent Defendant in all further proceedings until relieved by order of the Court.

☐    _____, an attorney from the Court's panel of private attorneys, established pursuant to the Criminal Justice Act for the Northern District of Oklahoma, is appointed to represent Defendant in all further proceedings until relieved by order of the Court.

☐    Defendant will reimburse the government for the reasonable cost of providing representation in accordance with his/her ability to pay as determined by further order of the court.
     $_____

Date: 8/30/2022

                                   _____
                                   Jodi F. Jayne, U.S. Magistrate Judge