# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America, Plaintiff, vs. Richard Dale Deeter, Jr, Donald B. Pearson, Jonna Elise Steele, Johnny Wesley Boyd Sparks, Izabella Marie Boling, Nicole Cox, Defendant(s). | Case No.: 22-cr-115-CVE **AMENDED SCHEDULING ORDER** |

At the direction of Claire V. Eagan, U.S. District Judge, it is hereby ordered that:

| | | |
|---|---|---|
| Motions due: | 11/29/2022 | |
| Responses due: | 12/13/2022 | |
| PT/CP/Motions Hearing: | 1/3/2023 | at 9:30 a.m. |
| Voir dire, jury instructions, and trial briefs due: | 1/9/2023 | |
| Jury Trial: | 1/17/2023 | at 9:15 a.m. |

Mark C. McCartt,

Clerk of Court, United States District Court

S/C. Portilloz
By: C. Portilloz, Deputy Clerk