

AO 442 (Rev. 10/13) Arrest Warrant



## UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

2022 APR 21 AM 9:36

FILED
SEP 0 7 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| United States of America | ) |
| v. | ) |
|  | ) Case No. |
| JOHNNY WESLEY SPARKS, a/k/a "J5" | ) |
| *Defendant* | ) |

22 CR 115 CVE

### ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOHNNY WESLEY SPARKS, a/k/a "J5,"
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy
21 U.S.C. §§ 841(a)(l) and 84l(b)(l)(A)(viii) – Possession of Methamphetamine with Intent to Distribute
18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) – Drug and Firearms Forfeiture

Date: APR 2 0 2022

_____
*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Mark McCartt, Court Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 21 April 2022, and the person was arrested on *(date)* 30 April August 2022
At *(city and state)* Tulsa, OK
Date: 30 August 2022

_____
*Arresting officer's signature*

A. Snyder, DUSM
*Printed name and title*

DAN/kj