# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

**JOHNNY WESLEY BOYD SPARKS,**
**a/k/a "J5,"**

      **Defendants.**

**Case No. 22-CR-00115-CVE**

### Unopposed Motion for Protective Order

The government hereby requests that the Court enter an order applying the previously issued protective order for the discovery materials (Dkt. # 77) to defendant Johnny Wesley Boyd Sparks.

The United States advises the Court that the undersigned Assistant United States Attorney consulted with counsel for Sparks, regarding his position in reference to this motion and he has no objection.

WHEREFORE, the United States respectfully requests that the Court enter an order applying the previously issued protective order for the discovery materials (Dkt. # 77) to defendant Johnny Wesley Boyd Sparks.

Respectfully Submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY


*/s/ David A. Nasar*
David A. Nasar, NY Reg. No. 4222568
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700


## Certificate of Service

I hereby certify that on the 28th day of September 2022, I electronically submitted the foregoing document to the Clerk of Court using the ECF System for filing and emailed a copy to the following ECF registrant:

Jeffrey Williams
*Defendant Johnny Wesley Boyd Sparks' Attorney*


*/s/ David A. Nasar*
David A. Nasar
Assistant United States Attorn