IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 22-CR-00115-JFH |
| v. | |
| JOHNNY WESLEY BOYD SPARKS, a/k/a "J5," | |
| Defendants. | |

## ORDER TO APPLY PROTECTIVE ORDER

Upon the unopposed motion of the United States for the protective order (Dkt. # 77) previously issued in this case, to apply to defendant Johnny Wesley Boyd Sparks,

**IT IS THEREFORE ORDERED** that the protective order (Dkt. #77) apply to defendant Johnny Wesley Boyd Sparks.

ORDERED this 3rd day of October, 2022.

SUSAN E. HUNTSMAN
UNITED STATES MAGISTRATE JUDGE