

FILED

DEC 0 9 2022

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONNIE B. PEARSON,<br><br>Defendant. | Case No. 22-CR-115-JFH<br><br>**INFORMATION**<br>[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Possession of Methamphetamine with Intent to Distribute] |

**THE UNITED STATES ATTORNEY CHARGES:**

From in or about May 2021 to in or about August 2021, in the Northern District of Oklahoma, the defendant, **DONNIE B. PEARSON**, knowingly and intentionally possessed with intent to distribute 500 grams or more or of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

CLINTON J. JOHNSON
United States Attorney

_____
DAVID A. NASAR
Assistant United States Attorney