IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RICHARD DALE DEETER, JR.,<br>DONALD B. PEARSON,<br>JONNA ELISE STEELE,<br>JOHNNY WESLEY BOYD SPARKS,<br>a/k/a "J5,"<br>IZABELLA MARIE BOLING, a/k/a<br>"Turbo,"<br>NICOLE COX,<br>a/k/a "Nicole Michelle Jenner,"<br>a/k/a "Nicole Michelle Cox,"<br>a/k/a "Nicole Patterson,"<br><br>        Defendants. | Case No. 22-CR-115-JFH |

**Joint Report Regarding Status of Discovery**

The United States of America and defendants, Richard Dale Deeter, Jr., Donald B. Pearson, Jonna Elise Steele, Johnny Wesley Boyd Sparks, a/k/a "J5," Izabella Marie Boling, a/k/a "Turbo," and Nicole Cox, a/k/a "Nicole Michelle Jenner," a/k/a "Nicole Michelle Cox," a/k/a "Nicole Patterson," by and through appointed counsel pursuant to this Court's September 29, 2022 Scheduling Order (Dkt. #92), file this Joint Report Regarding Status of Discovery and respectfully show the Court as follows:

    **A. Summary of Disclosed Discovery**

The Parties can confirm that as of December 9, 2022, 17,283 pages of bate

stamped discovery have been disclosed, including written reports, financial records, search warrants, and Grand Jury transcripts. In addition, social media downloads, photographic files, videos of witness interviews, and phone downloads have been disclosed.

B.  **Pending Discovery Material**

The government is awaiting delivery of body cam footage of the arrest of defendant Pearson and it will be promptly disclosed when ready.

Dated this 9th day of December 2022.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY


*/s/ David A. Nasar*
David A. Nasar, NY Reg. No. 4222568
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
918-382-2700

*/s/ Randy Lynn*
Randy Lynn
OBA No. 15296
907 S Detroit Ave Ste 1330
Tulsa, OK 74120
918-693-8299
*Attorney for Richard Dale Deeter, Jr.*

*/s/ Clint James*
Clint James
OBA No. 31106
2121 S. Columbia Ave. Ste. 405
Tulsa, OK 74114
918-594-0000
*Attorney for Donald B. Pearson*

*/s/ Richard White*
Richard White
OBA No. 9549
525 S Main Ste 800
Tulsa, OK 74103-4511
918-599-7755
*Attorney for Jonna Elise Steele*

/s/ Scott Troy
Scott Troy
OBA No. 11714
601 S Boulder Ave Ste 1010
Tulsa, OK 74119
918-585-3721
*Attorney for Izabella Marie Boling*

/s/ Michael Noland
Michael Noland
OBA No. 21768
435 North Walker Ave Ste 105
Oklahoma City, OK 73102
405-225-1311
*Attorney for Nicole Cox*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of December, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ David A. Nasar
David A. Nasar