IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RICHARD DALE DEETER, JR.,<br>DONALD B. PEARSON,<br>JONNA ELISE STEELE,<br>JOHNNY WESLEY BOYD SPARKS,<br>a/k/a "J5,"<br>IZABELLA MARIE BOLING, a/k/a<br>"Turbo,"<br>NICOLE COX,<br>a/k/a "Nicole Michelle Jenner,"<br>a/k/a "Nicole Michelle Cox,"<br>a/k/a "Nicole Patterson,"<br><br>  Defendants. | Case No. 22-CR-115-JFH |

**Joint Report Regarding Status of Discovery**

The United States of America and defendant Johnny Wesley Boyd Sparks by and through appointed counsel pursuant to this Court's September 29, 2022 Scheduling Order (Dkt. #92), file this Joint Report Regarding Status of Discovery and respectfully show the Court as follows:

A.  **Summary of Disclosed Discovery**

The Parties can confirm that as of December 12, 2022, 17,283 pages of bate stamped discovery have been disclosed, including written reports, financial records, search warrants, and Grand Jury transcripts. In addition, social media downloads, photographic files, videos of witness interviews, and phone downloads have been

disclosed.

B.  **Pending Discovery Material**

The government is awaiting delivery of body cam footage of the arrest of defendant Pearson and it will be promptly disclosed when ready.

Dated this 12th day of December 2022.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ David A. Nasar*
David A. Nasar, NY Reg. No. 4222568
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
918-382-2700

*/s/ Jeffrey Williams*
Jeffrey Williams
850 W. Adams Street Suite 201
Phoenix, AZ 85007
602-382-2700
*Attorney for Johnny Wesley Boyd Sparks*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of December, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David A. Nasar*
David A. Nasar