JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JEFFREY A. WILLIAMS, #012605
Assistant Federal Public Defender
Attorney for Defendant
jeffrey_williams@fd.org

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>         vs.<br><br>Johnny Wesley Boyd Sparks,<br><br>    Defendant | No. 22-CR-115-JFH<br><br>**MOTION TO CONTINUE<br>SCHEDULING ORDER**<br><br>**(First Request)** |

The Defendant, Johnny Spark, by and through his counsel of record Jeffrey A. Williams, Assistant Federal Defender, hereby moves this Court for an Order extending all Scheduling Order deadlines for sixty (60) days, stating in support as follows:

1.    The government does not object to this motion.

2.    This case is set on this Court's January 17, 2023, trial docket. The Court has scheduled a Pre-Trial Conference for January 6, 2023.

3.    Mr. Sparks requests the Court continue all Scheduling Order dates for sixty (60) days.  This would place the case on this Court's March trial docket.

4.      Defense counsel for Mr. Sparks has received written discovery in this case.

5.      The undersigned needs additional time to meet with Mr. Sparks and review the evidence with him, obtain additional disclosure from the government as may be determined necessary as the defense investigation proceeds, conduct further investigation and research regarding the allegations contained in the Indictment, and prepare adequately to defend the case at trial.  Defense counsel's location outside the district, as well as the ongoing COVID-19 pandemic, impair defense counsel's ability to accomplish these tasks as efficiently and effectively as would otherwise be possible, and constitute additional grounds for the requested continuance.

6.      Mr. Sparks is in custody.

7.      This Motion is made for the purposes of allowing the undersigned counsel from the District of Arizona sufficient time to properly prepare a defense, and for continuity of counsel for the Defendant.  This Motion is not made for the purposes of delay.

8. Counsel and Mr. Sparks are in the process of executing a signed Waiver of Speedy Trial, which will be filed with the Court when received.

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted:  December 16, 2022.

JON M. SANDS
Federal Public Defender

 s/Jeffrey A. Williams
JEFFREY A. WILLIAMS
Assistant Federal Public Defender