## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                        Plaintiff,

vs.

Donnie B Pearson,

                     Defendant(s).

| | |
|---|---|
| Case No.: | 22-cr-00115-JFH |
| Date: | 12/21/2022 |
| Court Time: | 2:00 p.m. |

**MINUTE SHEET – ARRAIGNMENT**

Jodi F. Jayne, U.S. Magistrate Judge      S. Cope, Deputy Clerk      Magistrate Courtroom 1

Counsel for Plaintiff:  David Nasar *, Julie Childress for*

Counsel for Defendant: <u>Clinton Reed James</u>, Appt.

Interpreter: _____   ☐ sworn

Defendant appears ~~in person~~ *by video* for Arraignment on: ☐ Indictment; ☒ Information; ☐ Complaint;

☐✓ with Counsel; ☐ Counsel waived; ☐ w/o Counsel;

                                 Indictment: ☐ Read; ☑ Reading waived;

☑ Defendant acknowledges receipt of Information

☑ Defendant advised of charge;

Defendant's name as reflected in the Information;
    ☑ Verified in open court as the true and correct legal name
    ☐ Corrected by interlineation to _____
      to reflect Defendant's true and correct legal name and all previous filings are amended by interlineation to reflect same.
    ☐ Unable to verify in open court as the true and correct legal name: ☐ U.S. Attorney; ☐ Def't Att. to verify and advise court;

☑ Arraignment held and Defendant pleads Not Guilty; Court accepts plea    ☑ Schedule to be entered;

Defendant waives: ☑ Indictment; ☐ Detention Hearing; ☐ Separate Representation ☐ Waivers approved by Court;

☐ Arraignment continued to: _____ at _____

☐ Detention Hearing scheduled: _____ at _____

☐ Defendant allowed to stand on present bond;    ☐ Government stipulates, findings made

☑ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____

_____

_____

_____

_____

_____