## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America, | Plaintiff, | Case No.: 22-cr-00115-JFH |
| vs. | | **WAIVER OF INDICTMENT** |
| Donnie B Pearson, | Defendant. | |

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/21/2022

_Oral Consent_
Donnie B Pearson, Defendant

_Oral Consent_
Attorney for Defendant

_/s/ Jodi Jayne_
Jodi F. Jayne, U.S. Magistrate Judge