UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| United States of America, | | |
|---|---|---|
| | Plaintiff, | Case No.: 22-cr-115-JFH |
| vs. | | Date: 1/3/2023 |
| | | Court Time: 9:27 a.m. to 9:41 a.m. |
| Nicole Cox, | Defendant(s). | **MINUTE SHEET CHANGE OF PLEA** |

Donald D. Bush, Magistrate Judge        C. Portilloz, Deputy Clerk        FTR 5

Counsel for Plaintiff:  David Nasar

Counsel for Defendant: Michael Noland , Appt.

Probation Officer: Not present

Age of Defendant: ____        Interpreter: _____  ☐ sworn

Defendant appears in person: ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;        Defendant: ☒ sworn;

☒ Defendant Consents to Magistrate conducting Guilty Plea Hearing

Defendant's name as reflected in the Indictment
    ☒ Verified in open court as the true and correct legal name.  Defendant advises her true and correct legal name is Nicole Michelle Cox

☒ Defendant acknowledges receipt of Indictment

Defendant waives:   ☐ Indictment;  ☒ Jury Trial;  ☐ Speedy Trial;   ☐ 30 Days Preparation;  ☐ Separate Representation
              ☒ Waivers approved by Court;

Defendant advised of: ☒ Charge and  ☒ Indictment        Indictment:  ☐ Read  ☒ Reading waived in petition

☒ Defendant does not dispute facts of charge

☒ Petition to enter plea of Guilty sworn and executed

☒ Defendant withdraws not guilty plea(s) as to those Count(s)  6
    of the  Indictment and Defendant enters guilty plea(s) as to those counts

☒ Defendant adjudged guilty as charged as to Count(s)  6
    of the Indictment

☒ Petition approved in open court        ☒ Plea Agreement approved in open Court        ☒ PSI ordered

☒ Remaining Count(s) to be dismissed at sentencing: 5 and 17

☒ SENTENCING to be scheduled upon completion of PSI

☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____