

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**F I L E D**

JAN 3 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IZABELLA MARIE BOLING,<br>a/k/a "Turbo,"<br><br>Defendant. | Case No. 22-CR-115-JFH<br><br>INFORMATION<br>[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Possession of Methamphetamine with Intent to Distribute] |

**THE UNITED STATES ATTORNEY CHARGES:**

From in or about September 2021 to in or about October 2021, in the Northern District of Oklahoma, the defendant, **IZABELLA MARIE BOLING**, a/k/a "Turbo," knowingly and intentionally possessed with intent to distribute 50 grams or more or of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

CLINTON J. JOHNSON
United States Attorney

_____
DAVID A. NASAR
Assistant United States Attorney