# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| United States of America, | | |
|---|---|---|
| Plaintiff, | Case No.: | 22-cr-00115-JFH-3 |
| vs. | Date: | 1/4/2023 |
| | Court Time: | 9:40 a.m. to 9:56 a.m. |
| Jonna Elise Steele, | | |
| Defendant(s). | **MINUTE SHEET CHANGE OF PLEA** | |

Donald D. Bush, Magistrate Judge        C. Butler, Deputy Clerk        FTR CR5

Counsel for Plaintiff:  David Nasar

Counsel for Defendant:  Richard D. White, Jr.  , Appt.

Probation Officer:  not present

Age of Defendant:  37           Interpreter: _____  ☐ sworn

Defendant appears in person: ☒ with Counsel;   ☐ Counsel waived;   ☐ w/o Counsel;   Defendant: ☒ sworn;

☒ Defendant Consents to Magistrate conducting Guilty Plea Hearing

Defendant's name as reflected in the Indictment
  ☒ Verified in open court as the true and correct legal name

☒ Defendant acknowledges receipt of Indictment

Defendant waives:   ☐ Indictment;  ☒ Jury Trial;   ☐ Speedy Trial;   ☐ 30 Days Preparation;   ☐ Separate Representation
  ☒ Waivers approved by Court;

Defendant advised of: ☒ Charge and ☒ Indictment       Indictment:  ☐ Read  ☒ Reading waived in Petition

☒ Defendant does not dispute facts of charge

☒ Petition to enter plea of Guilty sworn and executed

☒ Defendant withdraws not guilty plea(s) as to those Count(s)  16
  of the Indictment and Defendant enters guilty plea(s) as to those counts

☒ Defendant adjudged guilty as charged as to Count(s)  16
  of the Indictment

☒ Petition approved in open court        ☒ Plea Agreement approved in open Court        ☒ PSI ordered

☒ Remaining Count(s) to be dismissed at sentencing:  5, 6 and 18 of Indictment

☒ SENTENCING to be scheduled upon completion of PSI

☒ Defendant allowed to stand on present bond;  ☒ Government stipulates, findings made

☐ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____