UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America,<br>vs.<br><br>Johnny Wesley Boyd Sparks, | Plaintiff,<br><br><br>Defendant(s). | Case No.: 22-cr-00115-JFH-4<br>Date: 1/4/2023<br>Court Time: 11:30 a.m. to 11:45 a.m.<br><br>**MINUTE SHEET CHANGE OF PLEA** |

Donald D. Bush, Magistrate Judge     C. Butler, Deputy Clerk     FTR CR5

Counsel for Plaintiff: David Nasar

Counsel for Defendant: Jeffrey Allen Williams , FPD

Probation Officer: not present

Age of Defendant: 35     Interpreter: ☐ sworn

Defendant appears in person: ☒ with Counsel;   ☐ Counsel waived;   ☐ w/o Counsel;     Defendant: ☒ sworn;

☒ Defendant Consents to Magistrate conducting Guilty Plea Hearing

Defendant's name as reflected in the Indictment
   ☒ Verified in open court as the true and correct legal name

☒ Defendant acknowledges receipt of Indictment

Defendant waives:   ☐ Indictment;  ☒ Jury Trial;  ☐ Speedy Trial;     ☐ 30 Days Preparation;  ☐ Separate Representation
   ☒ Waivers approved by Court;

Defendant advised of: ☒ Charge and  ☒ Indictment     Indictment:   ☐ Read   ☒ Reading waived in Petition

☒ Defendant does not dispute facts of charge

☒ Petition to enter plea of Guilty sworn and executed

☒ Defendant withdraws not guilty plea(s) as to those Count(s) 41
   of the Indictment and Defendant enters guilty plea(s) as to those counts

☒ Defendant adjudged guilty as charged as to Count(s) 41
   of the Indictment

☒ Petition approved in open court      ☒ Plea Agreement approved in open Court      ☒ PSI ordered

☒ Remaining Count(s) to be dismissed at sentencing: Count 6 of the Indictment

☒ SENTENCING to be scheduled upon completion of PSI

☐ Defendant allowed to stand on present bond;  ☐ Government stipulates, findings made

☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:**