UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br>vs.<br><br>Johnny Wesley Boyd Sparks,<br><br>                             Defendant(s). | Case No.: 22-cr-00115-JFH-4<br><br>**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE FOR A CHANGE OF PLEA IN A FELONY CASE** |

      A United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged, including the maximum possible penalties which might be imposed if I am found guilty. A Magistrate Judge has also informed me of my right to the assistance of legal counsel. A Magistrate Judge has further informed me of my right to trial, judgment, and sentencing before a United States District Judge.

      **I hereby waive (give up) my right to trial before a United States District Judge, and consent to a change of plea before a United States Magistrate Judge. I understand that I will be sentenced by a United States District Judge.**

Date: 1/4/2023

*Johnny Sparks*
Johnny Wesley Boyd Sparks, Defendant

*Jeffrey Williams*
Attorney for Defendant

*Donald Bush*
Donald D. Bush, Magistrate Judge