UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                          Plaintiff,

vs.

Johnny Wesley Boyd Sparks,

                         Defendant.

Case No.: 22-cr-00115-JFH-4

**WAIVER OF JURY TRIAL**

COMES NOW the undersigned defendant, and having been fully apprised of my rights, do hereby WAIVE my SIXTH AMENDMENT RIGHTS to a jury IN ALL RESPECTS both as to guilt or innocence and as to sentencing.

Accordingly, I hereby CONSENT that all matters in the above styled and numbered criminal proceedings be determined by the Court in accordance with Rule 23, Federal Rules of Criminal Procedure.

_Johnny Sparks_
Johnny Wesley Boyd Sparks, Defendant

_/s/ Jeffrey Williams_
Attorney for Defendant

CONSENT OF GOVERNMENT:

_/s/_
Assistant United States Attorney

Signed and approved in open court on 1/4/2023.

_Don D. Bush_
Donald D. Bush, Magistrate Judge

Change Plea Magistrate Judge                                               (8/2021)