**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA**

United States of America,

                                                            Plaintiff,

vs.

Donnie B Pearson,

                                                            Defendant(s).

| | |
|---|---|
| Case No.: | 22-cr-00115-JFH-2 |
| Date: | 1/4/2023 |
| Court Time: | 2:04 p.m. to 2:18 p.m. |

**MINUTE SHEET CHANGE OF PLEA**

Donald D. Bush, Magistrate Judge          C. Butler, Deputy Clerk          FTR CR5

Counsel for Plaintiff:   David Nasar

Counsel for Defendant: Clint James          , Appt.

Probation Officer:   not present

Age of Defendant:   37                    Interpreter: _____   ☐ sworn

Defendant appears in person: ☒ with Counsel;   ☐ Counsel waived;   ☐ w/o Counsel;   Defendant: ☒ sworn;

☒ Defendant Consents to Magistrate conducting Guilty Plea Hearing

Defendant's name as reflected in the Information

          ☒ Verified in open court as the true and correct legal name

☒ Defendant acknowledges receipt of Information

Defendant waives:   ☐ Indictment; ☒ Jury Trial;   ☐ Speedy Trial;     ☒ 30 Days Preparation; ☐ Separate Representation

                   ☒ Waivers approved by Court;

Defendant advised of: ☒ Charge and  ☒ Information          Information:   ☐ Read  ☒ Reading waived

☒ Defendant stipulates to the facts as stated

☒ Petition to enter plea of Guilty sworn and executed

☒ Defendant withdraws not guilty plea(s) as to those Count(s)  1
   of the   Information and Defendant enters guilty plea(s) as to those counts

☒ Defendant adjudged guilty as charged as to Count(s)  1
   of the Information

☒ Petition approved in open court          ☒ Plea Agreement approved in open Court          ☒ PSI ordered

☒ Remaining Count(s) to be dismissed at sentencing: Original Indictment

☒ SENTENCING to be scheduled upon completion of PSI

☐ Defendant allowed to stand on present bond; ☐ Government stipulates, findings made

☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____

_____

Change Plea Magistrate Judge                                                            (8/2021)