# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                Plaintiff,

vs.

Donnie B Pearson,

                Defendant(s).

Case No.: 22-cr-00115-JFH-2

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE FOR A CHANGE OF PLEA IN A FELONY CASE**

    A United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged, including the maximum possible penalties which might be imposed if I am found guilty. A Magistrate Judge has also informed me of my right to the assistance of legal counsel. A Magistrate Judge has further informed me of my right to trial, judgment, and sentencing before a United States District Judge.

    **I hereby waive (give up) my right to trial before a United States District Judge, and consent to a change of plea before a United States Magistrate Judge. I understand that I will be sentenced by a United States District Judge.**

Date: 1/4/2023

_____
Donnie B Pearson, Defendant

_____ 31106
Attorney for Defendant

_____
Donald D. Bush, Magistrate Judge