UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                          Plaintiff,

vs.                                            Case No.: 22-cr-00115-JFH-2

Donnie B Pearson,                         **WAIVER OF JURY TRIAL**

                        Defendant.

COMES NOW the undersigned defendant, and having been fully apprised of my rights, do hereby WAIVE my SIXTH AMENDMENT RIGHTS to a jury IN ALL RESPECTS both as to guilt or innocence and as to sentencing.

Accordingly, I hereby CONSENT that all matters in the above styled and numbered criminal proceedings be determined by the Court in accordance with Rule 23, Federal Rules of Criminal Procedure.

_____
Donnie B Pearson, Defendant

_____
Attorney for Defendant

CONSENT OF GOVERNMENT:

_____
Assistant United States Attorney

Signed and approved in open court on 1/4/2023.

_____
Donald D. Bush, Magistrate Judge