UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,

Plaintiff,

vs.

Case No.: 22-cr-00115-JFH-2

**WAIVER OF MINIMUM TIME TO TRIAL**

Donnie B Pearson,

Defendant.

I, Donnie B Pearson, have been informed in open Court of the provisions of the Speedy Trial Act of 1974 and Amendments thereto, specifically, that trial shall not commence less than thirty days from the date on which the defendant first appears through counsel unless he/she consents in writing to the contrary.

I do hereby freely and voluntarily consent to trial of the above-styled case on a date prior to the expiration of thirty days from the date on which I first appeared through counsel, to-wit: 12/21/2022.

Date: 1/4/2023

_____
Donnie B Pearson, Defendant

_____ 3110-6
Attorney for Defendant

_____
Assistant United States Attorney

_____
Donald D. Bush, Magistrate Judge

Change Plea Magistrate Judge                                                                 (8/2021)