UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| United States of America, | | |
|---|---|---|
| vs. | Plaintiff, | Case No.: 22-cr-115-JFH<br>Date: 1/5/2023<br>Court Time: 2:00 p.m. |
| Izabella Marie Boling, | Defendant(s). | **MINUTE SHEET – ARRAIGNMENT** |

Christine D. Little, U.S. Magistrate Judge        T. Calico, Deputy Clerk        Magistrate Courtroom 1

Counsel for Plaintiff:   David Nasar  *[Rick Cella for]*

Counsel for Defendant:   Scott Anthony Troy_____, Appt.

Interpreter: _____        ☐ sworn

Defendant appears ~~in person~~ *by video* for Arraignment on:   ☐ Indictment;   ☒ Information;   ☐ Complaint;
            ☒ with Counsel;   ☐ Counsel waived;   ☐ w/o Counsel;

☒ Defendant acknowledges receipt of  Information        Indictment:   ☐ Read;   ☒ Reading waived;
☒ Defendant advised of charge;

Defendant's name as reflected in the   Information;
    ☒ Verified in open court as the true and correct legal name
    ☐ Corrected by interlineation to _____
        to reflect Defendant's true and correct legal name and all previous filings are amended by interlineation to reflect same.
    ☐ Unable to verify in open court as the true and correct legal name:  ☐ U.S. Attorney;  ☐ Deft's Att. to verify and advise court;

☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea        ☒ Schedule to be entered;

Defendant waives:   ☒ Indictment;   ☐ Detention Hearing;   ☐ Separate Representation   ☒ Waivers approved by Court;

☐ Arraignment continued to: _____ at _____
☐ Detention Hearing scheduled: _____ at _____
☐ Defendant allowed to stand on present bond;        ☐ Government stipulates, findings made
☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____
_____
_____
_____
_____