## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,      Plaintiff, | Case No.: 22-cr-115-JFH |
| vs. | **WAIVER OF INDICTMENT** |
| Izabella Marie Boling,      Defendant. | |

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/5/2023

Oral Consent
Izabella Marie Boling, Defendant

Oral Consent
Attorney for Defendant

_signature_
Christine D. Little, U.S. Magistrate Judge

Arraignment on Felony Information (7/2021)