# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| United States of America, | | |
|---|---|---|
| | Plaintiff, | Case No.: 22-cr-00115-JFH-5 |
| vs. | | Date: 1/6/2023 |
| | | Court Time: 11:10 a.m. to 11:36 a.m. |
| Izabella Marie Boling, | | |
| | Defendant(s). | **MINUTE SHEET CHANGE OF PLEA** |

Beth M. Deere, U.S. Magistrate Judge     C. Portilloz, Deputy Clerk     FTR CR5

Counsel for Plaintiff:  David Nasar

Counsel for Defendant: Scott Troy , Appt.

Probation Officer:   not present

Age of Defendant:   26          Interpreter: _____  ☐ sworn

Defendant appears in person: ☒ with Counsel;   ☐ Counsel waived;   ☐ w/o Counsel;    Defendant: ☒ sworn;

☒ Defendant Consents to Magistrate conducting Guilty Plea Hearing

Defendant's name as reflected in the Information
   ☒ Verified in open court as the true and correct legal name

☒ Defendant acknowledges receipt of Information

Defendant waives:   ☐ Indictment;  ☒ Jury Trial;  ☐ Speedy Trial;   ☒ 30 Days Preparation;  ☐ Separate Representation
                  ☒ Waivers approved by Court;

Defendant advised of: ☒ Charge and ☒ Information        Information:  ☒ Summarized

☒ Defendant relates facts of charge

☒ Petition to enter plea of Guilty sworn and executed

☒ Defendant withdraws not guilty plea(s) as to those Count(s)  1
   of the Information and Defendant enters guilty plea(s) as to those counts

☒ Defendant adjudged guilty as charged as to Count(s)  1
   of the Information

☒ Petition approved in open court          ☒ Plea Agreement approved in open Court     ☒ PSI ordered

☒ Remaining Count(s) to be dismissed at sentencing: Indictment

☒ SENTENCING to be scheduled upon completion of PSI

☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:**

Change Plea Magistrate Judge                                                                  (8/2021)