UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>                            Plaintiff,<br>vs.<br><br>Izabella Marie Boling,<br><br>                          Defendant(s). | Case No.: 22-cr-00115-JFH-5<br><br>**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE FOR A CHANGE OF PLEA IN A FELONY CASE** |

A United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged, including the maximum possible penalties which might be imposed if I am found guilty. A Magistrate Judge has also informed me of my right to the assistance of legal counsel. A Magistrate Judge has further informed me of my right to trial, judgment, and sentencing before a United States District Judge.

**I hereby waive (give up) my right to trial before a United States District Judge, and consent to a change of plea before a United States Magistrate Judge. I understand that I will be sentenced by a United States District Judge.**

Date: 1/6/2023

_____
Izabella Marie Boling, Defendant

_____
Attorney for Defendant

_____
Beth M. Deere, U.S. Magistrate Judge