UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>vs.<br><br>Izabella Marie Boling,<br><br>          Defendant. | Case No.: 22-cr-00115-JFH-5<br><br>**WAIVER OF JURY TRIAL** |

  COMES NOW the undersigned defendant, and having been fully apprised of my rights, do hereby WAIVE my SIXTH AMENDMENT RIGHTS to a jury IN ALL RESPECTS both as to guilt or innocence and as to sentencing.

  Accordingly, I hereby CONSENT that all matters in the above styled and numbered criminal proceedings be determined by the Court in accordance with Rule 23, Federal Rules of Criminal Procedure.

_____
Izabella Marie Boling, Defendant

_____
Attorney for Defendant

CONSENT OF GOVERNMENT:

_____
Assistant United States Attorney

  Signed and approved in open court on 1/6/2023.

_____
Beth M. Deere, U.S. Magistrate Judge

Change Plea Magistrate Judge                                          (8/2021)