## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| United States of America, | | |
|---|---|---|
| | Plaintiff, | Case No.: 22-cr-115-JFH |
| vs. | | Date: 1/9/2023 |
| | | Court Time: 2:50 p.m. to 3:33 p.m. |
| Richard Dale Deeter, Jr, | Defendant(s). | **MINUTE SHEET CHANGE OF PLEA** |

James P. O'Hara, U.S. Magistrate Judge            C. Butler, Deputy Clerk            FTR 5

Counsel for Plaintiff: David Nasar

Counsel for Defendant: Randy Lynn, Appt.

Probation Officer: Not present

Age of Defendant: 45

Defendant appears in person: ☒ with Counsel;    ☐ Counsel waived;    ☐ w/o Counsel;    Defendant: ☒ sworn;

☒ Defendant Consents to Magistrate conducting Guilty Plea Hearing

Defendant's name as reflected in the Indictment
    ☒ Verified in open court as the true and correct legal name

☒ Defendant acknowledges receipt of Indictment

Defendant waives:    ☐ Indictment;    ☒ Jury Trial;    ☐ Speedy Trial;    ☐ 30 Days Preparation;    ☐ Separate Representation
    ☒ Waivers approved by Court;

Defendant advised of: ☒ Charge and ☒ Indictment            Indictment:    ☐ Read    ☒ Reading waived in Petition

☒ Defendant relates facts of charge

☒ Petition to enter plea of Guilty sworn and executed

☒ Defendant withdraws not guilty plea(s) as to those Count(s) 6
    of the Indictment and Defendant enters guilty plea(s) as to those counts

☒ Defendant adjudged guilty as charged as to Count(s) 6
    of the Indictment

☒ Petition approved in open court            ☒ Plea Agreement approved as to form in open Court    ☒ PSI ordered

☒ Remaining Count(s) to be dismissed at sentencing: 1, 2-3, 5, 7-40, 42, and 43

☒ SENTENCING to be scheduled upon completion of PSI

☐ Defendant allowed to stand on present bond;    ☐ Government stipulates, findings made

☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** Defendant's Motions at Dkt. #114, 115, 116, and 117 are denied as MOOT without prejudice to refiling.