## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                                        Plaintiff,

vs.                                                          Case No.: 22-cr-115-JFH

Richard Dale Deeter, Jr,                                     **WAIVER OF JURY TRIAL**

                                        Defendant.

    COMES NOW the undersigned defendant, and having been fully apprised of my rights, do hereby WAIVE my SIXTH AMENDMENT RIGHTS to a jury IN ALL RESPECTS both as to guilt or innocence and as to sentencing.

    Accordingly, I hereby CONSENT that all matters in the above styled and numbered criminal proceedings be determined by the Court in accordance with Rule 23, Federal Rules of Criminal Procedure.

_____
Richard Dale Deeter, Jr, Defendant

_____
Attorney for Defendant

CONSENT OF GOVERNMENT:

_____
Assistant United States Attorney

    Signed and approved in open court on 1/9/2023.

_____
James P. O'Hara, U.S. Magistrate Judge

Change Plea Magistrate Judge                                              (8/2021)