


Case unsealed 4/20/22

AO 442 (Rev. 10/13) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

2022 APR 21 AM 9:37

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. **22CR115CVE** |
| NICOLE COX, | ) | |
| a/k/a "Nicole Michelle Jenner," | ) | **FILED** |
| a/k/a "Nicole Michelle Cox," | ) | FEB 1 6 2023 |
| a/k/a "Nicole Patterson" | ) | |
| Defendant | | Mark C. McCartt, Clerk U.S. DISTRICT COURT |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* NICOLE COX, a/k/a "Nicole Michelle Jenner," a/k/a "Nicole Michelle Cox," a/k/a "Nicole Patterson,"
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 924(o) – Firearms Conspiracy
21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy
21 U.S.C. §§ 843(b) and 843(d)(1) – Use of a Communication Facility in Committing, Causing, and Facilitating the Commission of a Drug Trafficking Felony
18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) – Drug and Firearms Forfeiture

APR 2 0 2022 Date: _____   _____
                                            *Issuing officer's signature*

City and state:   Tulsa, Oklahoma                Mark McCartt, Court Clerk
                                            *Printed name and title*

### Return

This warrant was received on *(date)* 4/21/2022, and the person was arrested on *(date)* 4/29/2022
At *(city and state)* Western District of Missouri
Date: 5/6/2022

_____
*Arresting officer's signature*

James McCallister DUSM
*Printed name and title*

DAN/kj