IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.  22-CR-115-GKF |
| | ) | |
| RICHARD DALE DEETER, JR. | ) | |
| | ) | |
| Defendant | ) | |

## MOTION TO WITHDRAW

COMES NOW Randy Lynn, appointed counsel for Defendant Richard Dale Deeter, Jr. and hereby moves to withdraw.

The undersigned has accepted a position with the Office of the Federal Public Defender for the Eastern District of Oklahoma.

Respectfully submitted,

S/Randy Lynn
Fred Randolph Lynn OBA # 15296
907 South Detroit Avenue
Suite 1330
Tulsa, Oklahoma 74120-4305
(918) 693-8299
fredrandolphlynn@gmail.com

Attorney for Mr. Deeter

## Certificate of Service

      I hereby certify that on this 1st day of May 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) all counsel of record registered with the CM/ECF system.

                                                S/ Randy Lynn