**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 22-CR-115-JFH-1 |
| RICHARD DALE DEETER, JR., | |
| Defendant. | |

**ORDER**

Before the Court is a motion to withdraw ("Motion") filed by Fred Randolph Lynn, current counsel for Defendant Richard Dale Deeter, Jr. ("Defendant"). Dkt. No. 169. For the reasons stated in the Motion, the Court finds that the Motion should be granted. The Court will appoint Robert Gifford from the Court's Criminal Justice Act Panel to represent Defendant.

IT IS THEREFORE ORDERED that the motion to withdraw [Dkt. No. 169] is GRANTED. Fred Randolph Lynn is hereby withdrawn as counsel and Robert Gifford ("Mr. Gifford") is appointed to represent Defendant.

IT IS FURTHER ORDERED that the Court Clerk substitute Robert Gifford on the docket sheet as counsel for Defendant. The Court Clerk is directed to email this Order to Mr. Gifford, who is directed to file his entry of appearance forthwith. Mr. Gifford is reminded to submit a CJA Form 20.

IT IS FURTHER ORDERED that the Court Clerk is directed to email this Order to the Federal Public Defender.

Dated this 5th day of May 2023.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE