IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>JOHNNY WESLEY BOYD SPARKS,<br>a/k/a "J5,"<br><br>       Defendant. | Case No. 22-CR-00115-JFH |

**Government's Unopposed Motion to
File Sentencing Memorandum Out of Time**

The United States respectfully requests this Court enter an order allowing it to file a Sentencing Memorandum out of time.

1. Counsel for the Government contacted Jeffrey Williams, Counsel for the defendant, Johnny Wesley Boyd Sparks, and he does not object to this motion.

2. On August 20, 2023, the Court entered a Scheduling Order setting a September 20, 2023 date for filing of sentencing memoranda. (Dkt. # 172).

3. The government is requesting one extra day to file its sentencing memorandum.

4. The delayed filing of this memorandum is not intended to and does not prejudice Sparks.

WHEREFORE, the United States respectfully requests the Court grant this Motion to file a Sentencing Memorandum Out of Time.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

/s/ David A. Nasar
David A. Nasar, NY Reg. # 4222568
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2023 I electronically submitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Jeffrey Williams
*Attorney for Defendant*

/s/ David A. Nasar
David A. Nasar
Assistant United States Attorney