JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

JEFFREY A. WILLIAMS, #012605
Asst. Federal Public Defender
Attorney for Defendant
jeffrey_williams@fd.org

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

| United States of America, | No. CR-22-115-JFH |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE SENTENCING** |
| vs. | |
| Johnny Wesley Boyd Sparks, | **(First Request)** |
| Defendant | |

Defendant, Johnny Wesley Boyd Sparks, through undersigned counsel, respectfully moves this Court for an order continuing the sentencing in the above matter from October 18, 20223 for a period of at least thirty (30) days.  The basis for this requested continuance is undersigned counsel has three (3) sentencing  in the District of Arizona already scheduled on that date and will not be available on that date and time.

David Nasar, Assistant U.S. Attorney, has been contacted and has no objection to this continuance.  Mr. Nasar has also indicated that he will not be available on that date.

Respectfully submitted:     October 6, 2023.

JON M. SANDS
Federal Public Defender

 *s/Jeffrey A. Williams*
JEFFREY A. WILLIAMS
Asst. Federal Public Defender

# CERTIFICATE OF SERVICE

I certify that on October 6, 2023 I caused the foregoing document to be filed with the Clerk of Court for the United States District Court for the Northern District of Oklahoma using the CM/ECF system. I further certify that all case participants are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

　　　　　　　　　　　　　　　　　　　　_s/Jeffrey A. Williams_
　　　　　　　　　　　　　　　　　　　　JEFFREY A. WILLIAMS
　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

Copy Emailed/mailed to:

Paige E. LoVoi
United States Probation Officer

Johnny Wesley Boyd Sparks
Defendant

_s/yc_