UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| United States of America, | | |
|---|---|---|
| vs. | Plaintiff, | Case No.: 22-cr-115-JFH<br>Date: 11/3/2023<br>Court Time: 10:16 a.m. to 10:25 a.m. |
| Jonna Elise Steele, | Defendant(s). | **MINUTE SHEET - SENTENCING** |

Rodney W. Sippel, U.S. District Judge    C. Portilloz, Deputy Clerk    Greg Bloxom, Reporter    Crt Rm 5

Counsel for Plaintiff: David Nasar    Counsel for Defendant: Richard White, Appt.
Probation Officer: David Perricelli    Interpreter: ☐ sworn; ☐ N/A

☒ Defendant appears in person with counsel    ☐ Counsel waived    ☐ Evidentiary
☒ Plaintiff & Defendant reviewed PSI:    ☐ Objs by:    ☐ Pltf    ☐ Deft;    ☒ No Objs;    ☒ Court adopts/accepts
☒ 18:3553 Findings re: PSI/Sentence made;    ☒ Findings re: Plea Agreement Accepted
☒ Court affirms finding of guilt and accepts guilty plea before U.S. Magistrate Judge
☒ Sentence re: Guideline; ☒ Findings made;    ☐ Departure:    ☐ Variance:    ☐ Upward    ☐ Downward
☐ Victim present and heard;    ☐ Victim present    ☐ Victim not present
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
☒ Motion [Dkt. 180]:    ☒ Granted    ☐ Denied    ☐ Granted/Denied in part    ☐ Moot
☒ Sealed Motion [Dkt. 181]:    ☒ Granted    ☐ Denied    ☐ Granted/Denied in part    ☐ Moot
☒ Sealed Motion [Dkt. 182]:    ☐ Granted    ☐ Denied    ☐ Granted/Denied in part    ☒ Moot

**SENTENCE: As to Count(s)** 16 **of the Indictment:**

☒ Probation for a term of    3 years    ☐ Concurrent    ☐ Consecutive    ☐ Not Eligible
☒ Fine:    $    ☐ With Interest    ☐ Interest Waived    ☒ Not Imposed
☐ Restitution:    $    ☐ With Interest    ☐ Interest Waived    ☐ Not Applicable
☒ Special Monetary Assessment    $ 100.00    ☒ Due Immediately    ☐ As Directed

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**

☒ Firearm, Ammunition, et al Restriction    ☐ Gambling;    ☐ to include treatment
☒ DNA Sample    ☒ Home Detention Condition - 8 months*
☒ Controlled Substances Restriction    ☐ Immigration
☒ Drug Testing    ☐ Drug Testing Suspended    ☒ Mental health    ☐ to include treatment
☐ Alcohol Abstinence    ☐ No contact with Victim
☐ Anger Management    ☒ Search & Seizure
☐ Community Confinement - ____ months    ☐ Sex Offender - Paragraphs ____.
☐ Community Service - ____ hours    ☐ Sober Living
☐ Computer Restriction    ☒ Substance Abuse Treatment & Testing
☐ Curfew - ____ months*    ☐ Workforce Development
☐ Domestic Violence Program
☐ Financial    *Entire cost of the electronic monitoring shall be paid by: ☐ Prob    ☒ Deft

☒ Defendant advised of right to appeal    Court recommends to BOP:
☒ Appeal affidavit required
  ☐ Designate a facility located in or near: ____
  ☐ Maximum Security Facility where Incoming and Outgoing Mail is monitored
  ☐ Residential Drug Abuse Treatment    ☐ Mental/Medical Evaluation
  ☐ Most comprehensive substance abuse treatment available
  ☐ Other:

☐ Deft to self surrender to designated institution by 2:00 p.m. on: ____, U.S.M. to advise of institution;    ☐ Findings made
☒ Remaining counts ordered dismissed: 5, 6 and 18 of Indictment as to this defendant only
☐ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:**