**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| United States of America, | | |
|---|---|---|
| vs. | Plaintiff, | Case No.: 22-cr-00115-JFH-6<br>Date: 11/6/2023<br>Court Time: 1:59 p.m. to 2:15 p.m. |
| Nicole Cox, | Defendant(s). | **MINUTE SHEET - SENTENCING** |

Terence Kern, U.S. District Judge     C. Butler, Deputy Clerk     Leslie Ruiz, Reporter     Crt Rm 2

Counsel for Plaintiff: David Nasar     Counsel for Defendant: Michael Noland, Appt.
Probation Officer: Paige LoVoi     Interpreter: ☐ sworn; ☐ N/A

☒ Defendant appears in person with counsel     ☐ Counsel waived     ☐ Evidentiary
☒ Plaintiff & Defendant reviewed PSI:     ☐ Objs by:     ☐ Pltf     ☐ Deft;     ☒ No Objs;     ☒ Court adopts/accepts
☒ 18:3553 Findings re: PSI/Sentence made;     ☒ Findings re: Plea Agreement Accepted
☒ Court affirms finding of guilt and accepts guilty plea before U.S. Magistrate Judge
☒ Sentence re: Guideline; ☒ Findings made;     ☐ Departure:     ☐ Variance:     ☐ Upward     ☐ Downward
☐ Victim present and heard; ☐ Victim present ☐ Victim not present
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
☒ Motion [Dkt. 187]:     ☒ Granted     ☐ Denied     ☐ Granted/Denied in part     ☐ Moot
☐ Motion [Dkt. ]:     ☐ Granted     ☐ Denied     ☐ Granted/Denied in part     ☐ Moot

**SENTENCE: As to Count(s)** 6     of the Indictment :

☒ Bureau of Prison for a term of     120 months     ☐ Concurrent     ☐ Consecutive     ☐ Not Imposed
☐ Probation for a term of         ☐ Concurrent     ☐ Consecutive     ☐ Not Eligible
☒ Supervised Release for term of     5 years     ☐ Concurrent     ☐ Consecutive     ☐ Not Imposed
☒ Fine:     $         ☐ With Interest     ☐ Interest Waived     ☒ Not Imposed
☐ Restitution:     $         ☐ With Interest     ☐ Interest Waived     ☐ Not Applicable
☒ Special Monetary Assessment     $ 100     ☒ Due Immediately     ☐ As Directed
☐ JVTA Assessment (18 USC 3014)     $         ☐ Waived-Defendant found indigent     ☐ Not Applicable
☐ AVAA Assessment (18 USC 2259)     $         ☐ Waived-Defendant found indigent     ☐ Not Applicable
☐ Order of Forfeiture [Dkt.     ]: is hereby incorporated into the Judgment by reference

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**

☒ Firearm, Ammunition, et al Restriction     ☐ Gambling; ☐ to include treatment
☒ DNA Sample     ☐ Home Detention Condition -     months*
☒ Controlled Substances Restriction     ☐ Immigration
☒ Drug Testing     ☐ Drug Testing Suspended     ☒ Mental health ☐ to include treatment
☐ Alcohol Abstinence     ☐ No contact with Victim
☐ Anger Management     ☒ Search & Seizure
☐ Community Confinement -     months     ☐ Sex Offender - Paragraphs     .
☐ Community Service -     hours     ☐ Sober Living
☐ Computer Restriction     ☒ Substance Abuse Treatment & Testing
☐ Curfew -     months*     ☐ Workforce Development
☐ Domestic Violence Program
☐ Financial     *Entire cost of the electronic monitoring shall be paid by: ☐ Prob ☐ Deft

☒ Defendant advised of right to appeal     Court recommends to BOP:
☐ Appeal affidavit required     ☒ Designate a facility located in or near: FCI Dublin, CA
    ☐ Maximum Security Facility where Incoming and Outgoing Mail is monitored
    ☒ Residential Drug Abuse Treatment     ☐ Mental/Medical Evaluation
    ☐ Most comprehensive substance abuse treatment available
    ☒ Other: Welding and other trade programs

☒ Remaining counts ordered dismissed: Count 5 and 17 of the Indictment as to this defendant only
☒ Defendant remanded to custody of U.S. Marshal
**Additional Minutes:**