# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 22-CR-115-CVE |
| Jonna Elisa Steele, | ) ) ) | |
| Defendant. | ) ) | |

## ACKNOWLEDGMENT AND WAIVER OF RIGHT TO APPEAL

I, Richard D. White, Jr., the attorney appointed by the Court to represent the Defendant, Jonna Elisa Steele, Defendant in NDOK Case No. 22-CR-115-CVE, have advised the Defendant of her right to appeal the conviction and/or sentence and of her right to counsel on appeal. I have further advised the Defendant as to the advantages and disadvantages of appealing her conviction and sentence. I have further advised the Defendant that the notice of appeal must be filed within 14 days after entry of the judgment or the order from which the appeal is taken.

Date: November 13, 2023            /S/ Richard D. White, Jr.

13018-01