# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,    Plaintiff, | Case No.: 22-cr-00115-JFH |
| vs. | Date: 11/30/2023 |
| | Court Time: 9:55 to 10:10 |
| Johnny Wesley Boyd Sparks,    Defendant(s). | **MINUTE SHEET - SENTENCING** |

John F. Heil III, Chief U.S. District Judge    P. Lynn, Deputy Clerk    Laura Griffin, Reporter

Counsel for Plaintiff: David Nasar    Counsel for Defendant: Jeff Williams,
Probation Officer: Paige LoVoi

- ☒ Defendant appears in person with counsel    ☐ Counsel waived    ☐ Evidentiary
- ☒ Plaintiff & Defendant reviewed PSI:    ☐ Objs by:    ☐ Pltf    ☐ Deft;    ☒ No Objs;    ☒ Court adopts/accepts
- ☒ 18:3553 Findings re: PSI/Sentence made;    ☒ Findings re: Plea Agreement Accepted
- ☒ Court affirms finding of guilt and accepts guilty plea before U.S. Magistrate Judge
- ☒ Sentence re: Guideline;    Findings made;    ☐ Departure:    ☐ Variance:    ☐ Upward    ☐ Downward
- ☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
- ☒ Motion [Dkt. 175 ]:    ☒ Granted    ☐ Denied    ☐ Granted/Denied in part    ☐ Moot

**SENTENCE: As to Count(s)** 41 **of the** Indictment :

- ☒ Bureau of Prison for a term of    120 months    ☐ Concurrent    ☐ Consecutive    ☐ Not Imposed
- ☒ Supervised Release for term of    5 years    ☐ Concurrent    ☐ Consecutive    ☐ Not Imposed
- ☒ Special Monetary Assessment    $ 100    ☒ Due Immediately    ☐ As Directed

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**

- ☒ Firearm, Ammunition, et al Restriction    ☐ Gambling;    ☐ to include treatment
- ☒ DNA Sample    ☐ Home Detention Condition -    months*
- ☒ Controlled Substances Restriction    ☐ Immigration
- ☒ Drug Testing    ☐ Drug Testing Suspended    ☒ Mental health    ☐ to include treatment
- ☐ Anger Management    ☒ Search & Seizure
- ☐ Computer Restriction    ☒ Substance Abuse Treatment & Testing
- ☐ Curfew -    months*    ☒ Workforce Development

☒ Defendant advised of right to appeal

Court recommends to BOP:
- ☒ Residential Drug Abuse Treatment    ☐ Mental/Medical Evaluation
- ☒ Most comprehensive substance abuse treatment available
- ☒ Other: CareerStarter

☒ Remaining counts ordered dismissed: 6
☒ Defendant remanded to custody of U.S. Marshal