UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America, Plaintiff, vs. Izabella Marie Boling, Defendant(s). | Case No.: 22-CR-115-JFH-5<br>Date: 12/7/2023<br>Court Time: 9:55 to 10:25<br><br>**MINUTE SHEET - SENTENCING** |

John F. Heil III, Chief U.S. District Judge     P. Lynn, Deputy Clerk     Laura Griffin, Reporter
Counsel for Plaintiff: David Nasar     Counsel for Defendant: Scott Troy,
Probation Officer: David Perricelli

☒ Defendant appears in person with counsel
☒ Plaintiff & Defendant reviewed PSI:   ☐ Objs by:   ☐ Pltf   ☐ Deft;   ☒ No Objs;   ☒ Court adopts/accepts
☒ 18:3553 Findings re: PSI/Sentence made;   ☒ Findings re: Plea Agreement Accepted
☒ Court affirms finding of guilt and accepts guilty plea before U.S. Magistrate Judge
☒ Sentence re: Guideline;   ☐ Findings made;   ☒ Departure:   ☐ Variance:   ☐ Upward   ☒ Downward
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
☒ Motion [Dkt 196]:   ☒ Granted   ☐ Denied   ☐ Granted/Denied in part   ☐ Moot

**SENTENCE:** As to Count(s)  1   of the   Information  :
☒ Bureau of Prison for a term of     72 months     ☐ Concurrent   ☐ Consecutive   ☐ Not Imposed
☒ Supervised Release for term of   5 years       ☐ Concurrent   ☐ Consecutive   ☐ Not Imposed
☒ Special Monetary Assessment   $ 100     ☒ Due Immediately   ☐ As Directed

**STANDARD CONDITIONS** as previously adopted by this court including the following additional conditions:
☒ Firearm, Ammunition, et al Restriction         ☐ Gambling;   ☐ to include treatment
☒ DNA Sample                                     ☐ Home Detention Condition -     months*
☒ Controlled Substances Restriction              ☐ Immigration
☒ Drug Testing    ☐ Drug Testing Suspended       ☒ Mental health   ☐ to include treatment
☐ Anger Management                               ☒ Search & Seizure
☐ Computer Restriction                           ☒ Substance Abuse Treatment & Testing
☐ Curfew -     months*                           ☒ Workforce Development

☒ Defendant advised of right to appeal     Court recommends to BOP:
☐ Appeal affidavit required                ☐ Designate a facility located in or near:
                                           ☒ Residential Drug Abuse Treatment   ☒ Mental/Medical Evaluation
                                           ☒ Most comprehensive substance abuse treatment available
                                           ☒ Other:  CareerStarter, Vocational Training
☒ Remaining counts ordered dismissed:  Indictment Counts 5,6,43
☒ Defendant remanded to custody of U.S. Marshal