IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 22-cr-00115-JFH-1 |
| RICHARD DALE DEETER, JR, | |
| Defendant. | |

## ORDER

At the direction of John F. Heil, III, Chief United States District Judge, it is hereby ordered that:

| | |
|---|---|
| Presentence investigation report (PSR) objections due to USPO: | 2/12/2024 |
| Sentencing motions and unresolved PSR objections filed: | 2/26/2024 |
|   Including but not limited to motions for departure or variance and third-point motions | |
| Responses to PSR objections & sentencing memoranda[1] filed: | 3/11/2024 |
| Victim impact statements & restitution requests[2] due to USPO: | 3/11/2024 |
| Statements on behalf of Defendant due to USPO: | 3/11/2024 |
| Sentencing set: | 9/20/2024    at 10:00 am |

Pursuant to LCrR 47-2, any response shall be filed within seven days of any motion's filing. Replies are not permitted without leave of Court. If leave is granted, replies shall be limited to five pages.

Mark McCartt,
Clerk of Court, United States District Court

*s/ P Lynn*
By: P. Lynn, Deputy Clerk

---

[1] Pursuant to LCrR32-5, the Court will not consider requests for departure or variance contained only within sentencing memoranda.

[2] Unless there is an agreement as to the amount of restitution, restitution requests should be supported with appropriate documentation.