**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| United States of America, | | |
|---|---|---|
| | Plaintiff, | Case No.: 22-cr-115-JFH |
| vs. | | Date: 3/4/2024 |
| | | Court Time: 10:08 a.m. to 10:18 a.m. |
| Donnie B Pearson, | | |
| | Defendant(s). | **MINUTE SHEET - SENTENCING** |

Rodney W. Sippel, U.S. District Judge       C. Portilloz, Deputy Clerk       Leslie Ruiz, Reporter       Crt Rm 4

Counsel for Plaintiff: David Nasar       Counsel for Defendant: Clinton James, Appt.

Probation Officer: David Perricelli       Interpreter: _____ ☐ sworn; ☐ N/A

☒ Defendant appears in person with counsel       ☐ Counsel waived       ☐ Evidentiary
☒ Plaintiff & Defendant reviewed PSI:       ☐ Objs by:       ☐ Pltf       ☐ Deft;       ☒ No Objs;       ☒ Court adopts/accepts
☒ 18:3553 Findings re: PSI/Sentence made;       ☒ Findings re: Plea Agreement Accepted
☒ Court affirms finding of guilt and accepts guilty plea before U.S. Magistrate Judge
☒ Sentence re: Guideline; ☒ Findings made; ☐ Departure: ☐ Variance:       ☐ Upward       ☐ Downward
☐ Victim present and heard; ☐ Victim present ☐ Victim not present
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
☒ Motion [Dkt. 207 ]:       ☒ Granted       ☐ Denied       ☐ Granted/Denied in part       ☐ Moot

**SENTENCE: As to Count(s)** 1       **of the   Information** :

☒ Bureau of Prison for a term of       153 months       ☒ Concurrent with Tulsa County District Court case number: CF-2021-4567
☒ Supervised Release for term of       5 years       ☐ Concurrent       ☐ Consecutive       ☐ Not Imposed
☒ Fine:       $_____       ☐ With Interest       ☐ Interest Waived       ☒ Not Imposed
☒ Special Monetary Assessment       $ 100.00       ☒ Due Immediately       ☐ As Directed

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**

☒ Firearm, Ammunition, et al Restriction       ☐ Gambling;       ☐ to include treatment
☒ DNA Sample       ☐ Home Detention Condition - _____ months*
☒ Controlled Substances Restriction       ☐ Immigration
☒ Drug Testing       ☐ Drug Testing Suspended       ☐ Mental health       ☐ to include treatment
☐ Alcohol Abstinence       ☐ No contact with Victim
☐ Anger Management       ☒ Search & Seizure
☐ Community Confinement - _____ months       ☐ Sex Offender - Paragraphs _____ .
☐ Community Service - _____ hours       ☐ Sober Living
☐ Computer Restriction       ☒ Substance Abuse Treatment & Testing
☐ Curfew - _____ months*       ☒ Workforce Development
☐ Domestic Violence Program
☐ Financial       *Entire cost of the electronic monitoring shall be paid by: ☐ Prob ☐ Deft

☒ Defendant advised of right to appeal       Court recommends to BOP:
☐ Appeal affidavit required       ☒ Designate a facility located in or near: El Reno, OK
       ☐ Maximum Security Facility where Incoming and Outgoing Mail is monitored
       ☒ Residential Drug Abuse Treatment       ☐ Mental/Medical Evaluation
       ☐ Most comprehensive substance abuse treatment available
       ☐ Other: _____

☐ Deft to self surrender to designated institution by 2:00 p.m. on: _____, U.S.M. to advise of institution;       ☐ Findings made
☒ Remaining counts ordered dismissed:       Indictment as to this defendant only
☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:**       Defendant's counsel advises that Exhibit A attached to his sentencing memorandum will stand as defendant's allocution. Defendant's counsel advises Court of correction to his sentencing memorandum.