**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| United States of America, Plaintiff, vs. Richard Dale Deeter, Jr, Defendant(s). | Case No.: 22-cr-115-JFH<br>Date: 4/29/2024<br>Court Time: 10:34 a.m. to 10:57 a.m.<br>**MINUTE SHEET - SENTENCING** |

Daniel D. Crabtree, U.S District Judge    C. Portilloz, Deputy Clerk    Leslie Ruiz, Reporter    Crt Rm 4

Counsel for Plaintiff: David Nasar    Counsel for Defendant: Robert Gifford, Appt.
Probation Officer: David Perricelli    Interpreter: ☐ sworn; ☐ N/A

☒ Defendant appears in person with counsel    ☐ Counsel waived    ☐ Evidentiary
☒ Plaintiff & Defendant reviewed PSI:    ☐ Objs by:    ☐ Pltf    ☐ Deft;    ☒ No Objs;    ☒ Court adopts/accepts
☒ 18:3553 Findings re: PSI/Sentence made;    ☒ Findings re: Plea Agreement Accepted
☒ Court affirms finding of guilt and accepts guilty plea before U.S. Magistrate Judge
☒ Sentence re: Guideline; ☒ Findings made;    ☒ Departure:    ☐ Variance:    ☐ Upward    ☒ Downward
☐ Victim present and heard;    ☐ Victim present    ☐ Victim not present
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
☒ Motion [Dkt. 212]:    ☒ Granted    ☐ Denied    ☐ Granted/Denied in part    ☐ Moot

**SENTENCE: As to Count(s)** 6    of the Indictment    :

☒ Bureau of Prison for a term of    192 months    ☒ Consecutive with any undischarged terms of imprisonment imposed in Tulsa County District Court case numbers CF-2017-2317 and CF-2017-2798
☒ Supervised Release for term of    5 years    ☐ Concurrent    ☐ Consecutive    ☐ Not Imposed
☒ Fine:    $    ☐ With Interest    ☐ Interest Waived    ☒ Not Imposed
☒ Special Monetary Assessment    $ 100.00    ☒ Due Immediately    ☐ As Directed

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**

☒ Firearm, Ammunition, et al Restriction        ☐ Gambling;    ☐ to include treatment
☒ DNA Sample        ☐ Home Detention Condition -    months*
☒ Controlled Substances Restriction        ☐ Immigration
☒ Drug Testing    ☐ Drug Testing Suspended        ☐ Mental health    ☐ to include treatment
☒ Alcohol Abstinence        ☐ No contact with Victim
☐ Anger Management        ☒ Search & Seizure
☐ Community Confinement -    months        ☐ Sex Offender - Paragraphs    .
☐ Community Service -    hours        ☐ Sober Living
☐ Computer Restriction        ☒ Substance Abuse Treatment & Testing
☐ Curfew -    months*        ☒ Workforce Development
☐ Domestic Violence Program
☐ Financial        *Entire cost of the electronic monitoring shall be paid by: ☐ Prob    ☐ Deft

☒ Defendant advised of right to appeal    Court recommends to BOP:
☐ Appeal affidavit required    ☒ Designate a facility located in or near: Charlotte, North Carolina
   ☐ Maximum Security Facility where Incoming and Outgoing Mail is monitored
   ☒ Residential Drug Abuse Treatment    ☐ Mental/Medical Evaluation
   ☐ Most comprehensive substance abuse treatment available
   ☐ Other:

☐ Deft to self surrender to designated institution by 2:00 p.m. on:    , U.S.M. to advise of institution;    ☐ Findings made
☒ Remaining counts ordered dismissed:    1-3, 5, 7-39, 40, 42, and 43
☒ Defendant remanded to custody of U.S. Marshal
**Additional Minutes:**